UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS |

**MOTION OF JOSEPH MORRONE AND GIANNA MORRONE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**

Joseph Morrone and Gianna Morrone (together, the "Morrones") respectfully move this Court for an order: (1) consolidating the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing the Morrones as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Morrones' selection of Glancy Prongay Wolke & Rotter LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

The Morrones seek consolidation of the related actions, appointment as lead plaintiff, and approval of their choice of counsel pursuant to the Exchange Act, the PSLRA, and Federal Rule of Civil Procedure 42(a). This motion is based on the attached memorandum of law, the Declaration of Lee Albert, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: October 5, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: *<u>/s/ Lee Albert</u>*

Lee Albert (PA ID #046852)
Rebecca Dawson
Glancy Prongay Wolke & Rotter LLP
745 5th Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com
rdawson@glancylaw.com

-and-

ppRobert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
1050 Crown Pointe Parkway, Suite 940
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Joseph Morrone and Gianna Morrone and Proposed Co-Lead Counsel for the Class*

**PROOF OF SERVICE**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old.

On October 5, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Pennsylvania, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2026, at Lafayette Hill, Pennsylvania.

*/s/ Lee Albert*
Lee Albert