**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS |

**[PROPOSED] ORDER**

Having considered the Motion of Joseph Morrone and Gianna Morrone for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned related actions are consolidated for all purposes under Civil Action No. 2:26-cv-05548-JS, captioned *In re Datavault AI Inc. Securities Litigation* (the "Consolidated Action");

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Joseph Morrone and Gianna Morrone as Lead Plaintiff in the Consolidated Action; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay Wolke & Rotter LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: ___________________, 2026

________________________________________
HON. JUAN R. SANCHEZ
UNITED STATES DISTRICT JUDGE