**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS |

**DECLARATION OF LEE ALBERT IN SUPPORT OF THE MOTION OF JOSEPH MORRONE AND GIANNA MORRONE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**

I, Lee Albert, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay Wolke & Rotter LLP, counsel for Joseph Morrone and Gianna Morrone (together, the "Morrones") and proposed Co-Lead Counsel for the Class in the above-captioned related actions. I make this declaration in support of the Motion of Joseph Morrone and Gianna Morrone for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published on August 6, 2026 through *PR Newswire*, announcing the pendency of the first-filed securities class action against Datavault AI Inc.;

Exhibit B: PSLRA certifications of Joseph Morrone and Gianna Morrone;

Exhibit C: Analysis of the Morrones' financial interest;

Exhibit D: Firm résumé of Glancy Prongay Wolke & Rotter LLP; and

Exhibit E: Firm résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 5th day of October 2026.

*/s/ Lee Albert*
Lee Albert

**PROOF OF SERVICE**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old.

On October 5, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Pennsylvania, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2026, at Lafayette Hill, Pennsylvania.

*/s/ Lee Albert*
Lee Albert