# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Datavault AI Inc.
**Ticker:** DVLT
**Class Period:** September 4, 2024 to August 18, 2026

**Name:** Gianna Morrone
**Account 1**

| Settlement Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/15/2025 | 25,000 | $1.5100 | -$37,750.0000 | | $0.0000 | -$37,750.00 |
| 12/15/2025 | 10,000 | $1.4566 | -$14,566.0000 | | $0.0000 | -$14,566.00 |
| **Shares Retained:** | **35,000** | | | | **Subtotal:** | **-$52,316.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $7,583.33 |
| | | | $0.2167 | | **Total:** | **-$44,732.67** |

**Name:** Joseph Morrone
**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/17/2025 | 13,000 | $1.3300 | -$17,290.0000 | | $0.0000 | -$17,290.00 |
| **Shares Retained:** | **13,000** | | | | **Subtotal:** | **-$17,290.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $2,816.67 |
| | | | $0.2167 | | **Total:** | **-$14,473.33** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/7/2026 | 1,107 | $0.5317 | -$588.5919 | | $0.0000 | -$588.59 |
| **Shares Retained:** | **1,107** | | | | **Subtotal:** | **-$588.59** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $239.85 |
| | | | $0.2167 | | **Total:** | **-$348.74** |

**Combined Total:** **-$59,554.74**

Notes
The 90-Day Average Price used in this financial interest analysis is the average closing price between August 19, 2026 and October 5, 2026.