**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-05548-JS<br><br>Hon. Juan R. Sánchez<br>District Judge<br><br>CLASS ACTION |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-07424-JS<br><br>Hon. Juan R. Sánchez<br>District Judge<br><br>CLASS ACTION |

**MOTION OF ALFRED TUONO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Proposed lead plaintiff Alfred Tuono respectfully moves this Court for entry of an order: (1) consolidating the above-captioned, related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Mr. Tuono as lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) approving Mr. Tuono's selection of Johnson Fistel, PLLP to serve as lead counsel and The Rosen Law Firm, P.A. as local counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this motion, Mr. Tuono submits herewith a Memorandum of Law, the Declaration of Olivia Simkins and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court. A [Proposed] Order is attached hereto.

Dated: October 5, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Olivia Simkins*
Olivia Simkins

101 Greenwood Avenue, Suite 520
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-mail: osimkins@rosenlegal.com

*Local Counsel for Proposed Lead Plaintiff Alfred Tuono*

**JOHNSON FISTEL, PLLP**
Scott M. Koren
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Telephone: (212) 292-5690
Facsimile: (619) 363-8326
E-mail: ScottK@johnsonfistel.com

**JOHNSON FISTEL, PLLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (619) 363-8326
E-mail: MichaelF@johnsonfistel.com

*Counsel for Proposed Lead Plaintiff Alfred Tuono and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing is available for viewing and downloading from the ECF System, and notification of such filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Olivia Simkins*
Olivia Simkins