**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-05548-JS<br><br>Hon. Juan R. Sánchez<br>District Judge<br><br>CLASS ACTION |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-07424-JS<br><br>Hon. Juan R. Sánchez<br>District Judge<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING ALFRED TUONO'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Upon consideration of Alfred Tuono's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, the Memorandum of Law in support thereof, the Declaration of Olivia Simkins and exhibits attached thereto, and all other filings and arguments submitted to this Court, and for good cause shown, the Court ORDERS as follows:

1. Mr. Tuono's Motion is **GRANTED**.

2. The above-captioned related actions are **CONSOLIDATED** for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), Mr. Tuono is **APPOINTED** to serve as Lead Plaintiff for the Class.

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Mr. Tuono's selection of Johnson Fistel, PLLP as Lead Counsel and The Rosen Law Firm, P.A. as Local Counsel for the Class is **APPROVED**.

IT IS SO ORDERED.

Dated: _______________, ____

_______________________________________
HON. JUAN R. SÁNCHEZ
UNITED STATES DISTRICT JUDGE