**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-05548-JS<br><br>Hon. Juan R. Sánchez<br>District Judge<br><br>CLASS ACTION |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No.: 2:26-cv-07424-JS<br><br>Hon. Juan R. Sánchez<br>District Judge<br><br>CLASS ACTION |

**DECLARATION OF OLIVIA SIMKINS IN SUPPORT OF ALFRED TUONO'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Olivia Simkins, declare as follows:

1. I am a member in good standing of the bar of Pennsylvania and am admitted to practice before this Court. I am an associate with The Rosen Law Firm, P.A., local counsel for proposed lead plaintiff Alfred Tuono. I submit this declaration in support of Mr. Tuono's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

**Exhibit A**: Mr. Tuono's PSLRA Certification;

**Exhibit B**: Mr. Tuono's Financial Interest Calculation, prepared by counsel;

**Exhibit C**: Notice of Pendency of Class Action Published on *ACCESS Newswire* on August 5, 2026;

**Exhibit D**: Johnson Fistel, PLLP Firm Résumé; and

**Exhibit E**: The Rosen Law Firm, P.A. Firm Résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of October, 2026.

/s/ *Olivia Simkins*
Olivia Simkins

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing is available for viewing and downloading from the ECF System, and notification of such filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Olivia Simkins*
Olivia Simkins