# EXHIBIT A

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

I, Alfred Tuono ("Plaintiff"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. Plaintiff has reviewed the complaints filed in *Aramouni v. Datavault AI Inc.*, et al., No. 2:26-cv-05548-JS (E.D. Pa.), and *Zeng v. Datavault AI Inc.*, et al., No. 2:26-cv-07424-JS (E.D. Pa.), and has authorized Johnson Fistel, PLLP to move for Plaintiff's appointment as lead plaintiff in those actions and has authorized the filing of a similar complaint.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transactions during the class period in the securities that are the subject of this action. *See* Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in any class action under the federal securities laws within the three-year period prior to the date of this certification.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages), directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of October, 2026.

DocuSigned by:
alfred tuono
AFA4F2290C754A0...

Alfred Tuono

**SCHEDULE A**

Alfred Tuono
Datavault AI, Inc. (DVLT) Class Period Transactions
Class Period: September 4, 2024 through August 18, 2026

| Date | Buy/Sell | # of Shares | Price/Share* |
|---|---|---|---|
| 10/8/2025 | Buy | 64,000 | $3.0900 |
| 10/23/2025 | Buy | 50 | $2.4000 |
| 10/23/2025 | Buy | 4,730 | $2.1050 |
| 10/24/2025 | Sell | 4,400 | $2.3051 |
| 10/24/2025 | Buy | 4,400 | $2.2800 |
| 10/24/2025 | Buy | 50 | $2.2800 |
| 10/29/2025 | Buy | 3,000 | $3.2350 |
| 10/29/2025 | Buy | 90 | $3.1882 |
| 10/31/2025 | Buy | 18 | $2.8100 |
| 11/7/2025 | Sell | 71,938 | $1.4500 |
| 11/10/2025 | Buy | 63,000 | $1.5399 |
| 12/18/2025 | Buy | 600 | $1.4098 |
| 1/9/2026 | Buy | 4,900 | $1.0198 |
| 1/16/2026 | Buy | 30 | $0.7568 |
| 3/4/2026 | Buy | 2 | $0.6672 |
| 6/15/2026 | Sell | 68,532 | $0.3601 |

* Prices are rounded to four decimal places.