# EXHIBIT B

Datavault AI, Inc.
Alfred Tuono - PSLRA Financial Interest Analysis
Class Period: September 4, 2024 through August 18, 2026

| **Purchases:** | | | | **Sales:** | | | |
|---|---|---|---|---|---|---|---|
| **Date*** | **Shares** | **Price**** | **Total** | **Date*** | **Shares** | **Price**** | **Total** |
| 10/8/2025 | 64,000 | $3.0900 | $197,760.00 | 10/24/2025 | 4,400 | $2.3051 | $10,142.44 |
| 10/23/2025 | 50 | $2.4000 | $120.00 | 11/7/2025 | 71,938 | $1.4500 | $104,310.10 |
| 10/23/2025 | 4,730 | $2.1050 | $9,956.65 | 6/15/2026 | 68,532 | $0.3601 | $24,678.37 |
| 10/24/2025 | 4,400 | $2.2800 | $10,032.00 | | | | |
| 10/24/2025 | 50 | $2.2800 | $114.00 | | | | |
| 10/29/2025 | 3,000 | $3.2350 | $9,705.00 | | | | |
| 10/29/2025 | 90 | $3.1882 | $286.94 | | | | |
| 10/31/2025 | 18 | $2.8100 | $50.58 | | | | |
| 11/10/2025 | 63,000 | $1.5399 | $97,013.70 | | | | |
| 12/18/2025 | 600 | $1.4098 | $845.88 | | | | |
| 1/9/2026 | 4,900 | $1.0198 | $4,997.02 | | | | |
| 1/16/2026 | 30 | $0.7568 | $22.70 | | | | |
| 3/4/2026 | 2 | $0.6672 | $1.33 | | | | |
| Total Purchases: | 144,870 | | $330,905.80 | Total Sales: | 144,870 | | $139,130.91 |
| | | | | **Total Estimated Financial Interest:** | | | **$191,774.89** |

*Date column represents the Settlement/Process date for each transaction.
**Prices are rounded to four decimal places.