**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS<br><br>CLASS ACTION |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424<br><br>CLASS ACTION |

**THE INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Datavault AI, Inc. ("Datavault AI") investors Mahipal Padigela and Gregory Schneck (together, the "Investor Group" or "Movant"), by and through their counsel, respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned related actions ("Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing the Investor Group as Lead Plaintiff; (iii) approving its selection of Schall, Brown & Schwartz LLP as Lead Counsel for the proposed Class; and (iv) granting such further relief as the Court may deem just and proper (the "Motion").

This Motion is made on the grounds that the Related Actions involve common questions of law and fact and assert similar claims against identical defendants on behalf of significantly overlapping putative classes. *See* Fed. R. Civ. P. 42(a). This Motion is also made on the grounds that the Investor Group believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Investor Group believes it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the losses incurred on purchases of Datavault AI common stock between September 4, 2024 and August 18, 2026, inclusive (the "Class Period").[1] The Investor Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

[1] The differences in the end dates of the proposed class periods will be reconciled by the lead plaintiff upon the filing of a consolidated complaint. For purposes of this motion and a determination of the "largest financial interest in the relief sought by the class," the Investor Group uses the broadest and most inclusive alleged class period – the class period alleged in *Zang*. *See Reid v. Hemispherx Biopharma, Inc.*, 2010 WL 11707722, at *2 (E.D. Pa. Feb. 12, 2010) (stating upon consideration of lead plaintiff motions that, "[a]t this stage in the litigation, I will accept the longest class period pleaded in the [related] complaints."). *See, e.g.*, *In re Doral Fin. Corp. Sec. Litig.*, 414 F. Supp. 2d 398, 402 (S.D.N.Y. 2006) (finding that "the use of the longer, most inclusive class period . . . is proper, as it encompasses more potential class members.").

DATED: October 5, 2026

/s/ Michael Dell'Angelo
Michael Dell'Angelo

**BERGER MONTAGUE PC**
Michael Dell'Angelo
Andrew D. Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bergermontague.com
aabramowitz@bergermontague.com

*Local Counsel for Proposed Lead Plaintiff the Investor Group and the Class*

**SCHALL, BROWN & SCHWARTZ LLP**
Andrew J. Brown
Brian O. O'Mara
501 W. Broadway, Suite 1490
San Diego, CA 92101
Telephone: (310) 301-3335
andrew@schallfirm.com
omara@schallfirm.com

**SCHALL, BROWN & SCHWARTZ LLP**
Brian J. Schall
Adam Rosen
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
adam@schallfirm.com

*Counsel for Proposed Lead Plaintiff the Investor Group and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Michael Dell'Angelo, hereby certify that on October 5, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered in the CM/ECF system.

Executed October 5, 2026, at Philadelphia, Pennsylvania.

*s/ Michael Dell'Angelo*
Michael Dell'Angelo