**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS<br><br>CLASS ACTION |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424<br><br>CLASS ACTION |

**DECLARATION OF MICHAEL DELL'ANGELO**
**IN SUPPORT OF THE INVESTOR GROUP'S MOTION FOR**
**CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Michael Dell'Angelo, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of Pennsylvania and this Court. I am an Executive Shareholder and the General Counsel of the law firm of Berger Montague PC ("Berger Montague"). I make this declaration in support of the Motion filed by Mahipal Padigela and Gregory Schneck (together, the "Investor Group" or "Movant") for: (i) consolidation of the above-captioned Related Actions; (ii) appointment of the Investor Group as Lead Plaintiff; (iii) approval of its selection of Schall, Brown & Schwartz LLP as Lead Counsel for the proposed Class; and (iv) any such further relief as the Court may deem just and proper (the "Motion"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of the first-filed action, *Aramouni v. Datavault AI, Inc. et al.*, No. 2:26-cv-05548-JS (E.D. Pa.) published on *ACCESS Newswire*, a national business-oriented wire service, on August 5, 2026;

Exhibit B: Movant's Sworn Certifications;

Exhibit C: Chart of Movant's estimated losses, prepared by counsel;

Exhibit D: Movant's Declaration; and

Exhibit E: Schall, Brown & Schwartz LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October 2026, at Philadelphia, Pennsylvania.

*<u>/s/ Michael Dell'Angelo</u>*
Michael Dell'Angelo

**CERTIFICATE OF SERVICE**

I, Michael Dell'Angelo, hereby certify that on October 5, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered in the CM/ECF system.

Executed October 5, 2026, at Philadelphia, Pennsylvania.

*s/ Michael Dell'Angelo*
Michael Dell'Angelo