# EXHIBIT A

POMERANTZLLP

# Pomerantz Law Firm Announces the Filing of a Class Action Against Datavault AI Inc. and Certain Officers - DVLT

Wednesday, 05 August 2026 01:42 PM

Topic: **Class Action**

**NEW YORK CITY, NY / ACCESS Newswire / August 5, 2026 /** Pomerantz LLP announces that a class action lawsuit has been filed against Datavault AI Inc. ("Datavault AI" or the "Company") (NASDAQ:DVLT) and certain officers. The class action, filed in the United States District Court for the Eastern District of Pennsylvania, and docketed under 2:26-cv-05548, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Datavault AI securities between September 4, 2024 and October 30, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Datavault AI securities during the Class Period, you have until October 5, 2026, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Datavault AI purportedly owns and operates data management platforms including its Datavault Platform, on which users may purchase or sell data tokenized using blockchain technology. As of the time of this filing, Datavault AI continues to claim that the Datavault Platform enables "organizations [to] turn data into a strategic asset."

Datavault AI was previously known as WiSA Technologies, Inc. ("WiSA"). On September 4, 2024, WiSA issued a press release announcing that it had agreed to acquire the intellectual property of Data Vault Holdings Inc. ("Data Vault Holdings"), including, *inter alia*, the Datavault Platform, for $210 million. WiSA further announced that, upon closing this acquisition, it intended to change its name to "Datavault Inc." and appoint Defendant Nathaniel T. Bradley ("Bradley") as its Chief Executive Officer ("CEO"). The announcement of Bradley's appointment as the Company's CEO made no mention of the fact that Bradley had previously faced United States Securities and Exchange Commission ("SEC") charges for making false statements as Chief Technology Officer for Parallax Health Sciences, Inc. ("Parallax") before settling those charges for a $40,000 fine and a three-year ban from participating in a penny stock offering. Nor did the Company's announcement disclose that Edward Withrow III ("Withrow"), an individual listed as inventor alongside Defendant Bradley on multiple Data Vault Holdings patents, had a previous felony conviction for making false statements in connection with a pump and dump scheme when he owned and controlled Parallax Diagnostics, Inc., a predecessor entity to Parallax.

On February 13, 2025, following its acquisition of the Datavault Platform, WiSA announced that it had changed its name to Datavault AI.

On July 22, 2025, Datavault AI announced a corporate partnership with Burke Products ("Burke"), claiming that the partnership "stands to deliver 2025 Revenues from existing contracts of Burke's that have now been subcontracted to Datavault AI" and that Datavault AI was "uniquely positioned to deliver . . . new and innovative solutions" through

"technological synergies" given the defense sector's "increas[ed] focus[] on secure data solutions, advanced tracking, and predictive intelligence".

On September 25, 2025, Datavault AI announced a corporate partnership with Scilex Holding Company ("Scilex"), pursuant to which the Company would receive a "$150 million strategic investment" from Scilex to "build a supercomputer and launch independent data exchanges" in the United States.

On October 28, 2025, Datavault AI announced a corporate partnership with Nature's Miracle Holding Inc. ("Nature's Miracle"), pursuant to which the Company would license its Carbon Credit Tokenization System for a "non-refundable license fee of $2 million and a 35 percent royalty on all gross revenue generated through the licensed technology."

Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Defendants had overstated the economic value to Datavault AI of its various corporate partnerships with, *inter alia*, Burke, Scilex, and Nature's Miracle; (ii) Defendants had overstated the volume of trading activity on the Datavault Platform, which was in fact minimal; (iii) the Company's undisclosed connections with Withrow, a convicted felon, when revealed, would cause Datavault AI to incur reputational harm; (iv) as a result, Defendants' public statements were materially false and misleading at all relevant times.

The truth began to emerge on October 31, 2025, when Wolfpack Research published a short report on Datavault AI (the "Wolfpack Report"). The Wolfpack Report alleged, among other things, that Datavault AI was a "stock promotion" that relied on misleading press releases and "empty claims" concerning artificial intelligence, quantum computing, Web 3.0, and data monetization. Wolfpack further alleged that (i) Datavault AI's press releases were filled with promotional buzzwords that did not reflect the Company's actual business operations, (ii) Datavault AI's previously announced purported partnerships could not offer the economic upside that Defendants claimed they would, (iii) Burke's contracts concerned "run-of-the-mill equipment such as hoses, piping, fuses, and electrical connectors", undermining Datavault AI's claim that it was "uniquely positioned to deliver" solutions, and (iv) both Scilex and Nature's Miracle lacked the resources to fulfill their purported commitments pursuant to the partnerships Datavault AI had announced. The Wolfpack Report also questioned the activity on the Company's blockchain marketplace, alleging that Datavault AI's platform had virtually no trading activity. In addition, the Wolfpack Report raised concerns about Datavault AI's leadership and affiliations, including Defendant Bradley's past SEC charges for false statements concerning Parallax and Company leadership's alleged connections with convicted felon Withrow, through both Data Vault Holdings and Parallax.

On this news, Datavault AI's stock price fell $0.49 per share, or 19.44%, to close at $2.03 per share on October 31, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP