# EXHIBIT C

## LOSS ANALYSIS - SECTION 10(b)

| | |
|---|---|
| Company Name: Datavault AI Inc | |
| Ticker: DVLT | |
| CUSIP: 86633R609 | |
| ISIN: US86633R6099 | |
| SEDOL: | |

| | |
|---|---|
| Class Period Beginning | 9/4/2024 |
| Class Period Ending | 8/18/2026 |
| Lookback Period Beginning | 8/19/2026 |
| Lookback Period Ending | 11/16/26 |
| Days in Lookback Period | 45 |
| Lookback Period Average Closing Price | $ 0.22 |

**Client Name: Padigela, Mahipal**

| Purchases | | | | |
|---|---|---|---|---|
| Trade Date | Shares | Price Per Share | Cost | Account |
| 10/10/2025 | 6,750.00 | $1.94 | ($13,095.00) | Account 1 |
| 10/10/2025 | 3,320.00 | $2.15 | ($7,138.00) | Account 1 |
| 10/22/2025 | 5,100.00 | $2.15 | ($10,965.00) | Account 1 |
| 10/22/2025 | 750.00 | $2.13 | ($1,597.50) | Account 1 |
| 10/22/2025 | 5,000.00 | $2.20 | ($11,000.00) | Account 1 |
| 10/27/2025 | 3,600.00 | $3.32 | ($11,952.00) | Account 1 |
| 10/28/2025 | 4,800.00 | $3.09 | ($14,832.00) | Account 1 |
| 10/28/2025 | 85.00 | $2.98 | ($253.30) | Account 1 |
| 10/28/2025 | 4,000.00 | $3.25 | ($13,000.00) | Account 1 |
| 5/7/2026 | 13,800.00 | $0.49 | ($6,762.00) | Account 1 |
| 5/12/2026 | 6,250.00 | $0.53 | ($3,343.13) | Account 1 |
| 10/13/2025 | 250.00 | $1.81 | ($452.50) | Account 2 |
| 10/13/2025 | 4,000.00 | $1.91 | ($7,640.00) | Account 2 |
| 10/22/2025 | 90.00 | $2.29 | ($206.10) | Account 2 |
| 10/22/2025 | 4,500.00 | $2.30 | ($10,350.00) | Account 2 |
| 10/27/2025 | 330.00 | $3.39 | ($1,118.70) | Account 2 |
| 10/27/2025 | 3,600.00 | $3.41 | ($12,263.50) | Account 2 |
| 10/29/2025 | 330.00 | $2.82 | ($930.60) | Account 2 |
| 11/13/2025 | 200.00 | $1.53 | ($306.00) | Account 2 |
| 12/17/2025 | 200.00 | $1.36 | ($272.00) | Account 2 |
| 1/16/2026 | 395.00 | $0.70 | ($276.50) | Account 2 |
| 2/17/2026 | 350.00 | $0.76 | ($264.25) | Account 2 |
| 3/17/2026 | 350.00 | $0.76 | ($266.70) | Account 2 |
| 4/15/2026 | 395.00 | $0.69 | ($273.89) | Account 2 |
| 10/6/2025 | 91.30 | $1.47 | ($134.21) | Account 3 |
| 10/16/2025 | 102.33 | $2.09 | ($213.87) | Account 3 |

| | | | | |
|---|---|---|---|---|
| 10/22/2025 | 631.06 | $2.14 | ($1,350.48) | Account 3 |
| 10/29/2025 | 2,053.86 | $2.57 | ($5,278.43) | Account 3 |
| 10/30/2025 | 1,900.00 | $2.53 | ($4,807.00) | Account 3 |
| 10/30/2025 | 170.00 | $2.53 | ($430.10) | Account 3 |
| 10/31/2025 | 3,242.19 | $2.03 | ($6,581.64) | Account 3 |
| 11/3/2025 | 4,000.00 | $1.91 | ($7,640.00) | Account 3 |
| 11/4/2025 | 2,466.93 | $1.68 | ($4,144.44) | Account 3 |
| 11/4/2025 | 3,084.58 | $1.77 | ($5,459.71) | Account 3 |
| 11/5/2025 | 2,700.00 | $1.82 | ($4,914.00) | Account 3 |
| 11/5/2025 | 3,763.26 | $1.81 | ($6,811.50) | Account 3 |
| 11/10/2025 | 2,800.00 | $1.68 | ($4,704.00) | Account 3 |
| 11/11/2025 | 740.00 | $1.57 | ($1,161.80) | Account 3 |
| 11/11/2025 | 3,776.64 | $1.58 | ($5,967.10) | Account 3 |
| 11/28/2025 | 3,255.00 | $2.03 | ($6,607.65) | Account 3 |
| 11/28/2025 | 3,354.14 | $1.97 | ($6,607.66) | Account 3 |
| 12/3/2025 | 3,759.10 | $1.77 | ($6,653.60) | Account 3 |
| 12/5/2025 | 21.05 | $1.90 | ($39.99) | Account 3 |
| 12/8/2025 | 4,102.54 | $1.62 | ($6,646.12) | Account 3 |
| 12/12/2025 | 9,139.90 | $1.46 | ($13,344.25) | Account 3 |
| 10/10/2025 | 1,367.92 | $1.93 | ($2,640.09) | Account 4 |
| 10/15/2025 | 3,289.81 | $2.03 | ($6,678.32) | Account 4 |
| 10/21/2025 | 4,624.95 | $2.31 | ($10,683.63) | Account 4 |
| 10/22/2025 | 1,800.00 | $2.29 | ($4,122.00) | Account 4 |
| 10/22/2025 | 5,057.91 | $2.22 | ($11,228.55) | Account 4 |
| 10/27/2025 | 1,450.00 | $3.57 | ($5,176.50) | Account 4 |
| 10/27/2025 | 2,110.11 | $3.41 | ($7,195.47) | Account 4 |
| 10/28/2025 | 286.22 | $3.34 | ($955.97) | Account 4 |
| 10/29/2025 | 1,476.60 | $2.58 | ($3,809.63) | Account 4 |
| 11/12/2025 | 5,500.00 | $1.54 | ($8,470.00) | Account 4 |
| 11/12/2025 | 5,000.00 | $1.61 | ($8,050.00) | Account 4 |
| 11/13/2025 | 8,059.15 | $1.53 | ($12,330.51) | Account 4 |
| 11/17/2025 | 4,000.00 | $1.94 | ($7,760.00) | Account 4 |
| 11/17/2025 | 4,000.00 | $1.87 | ($7,480.00) | Account 4 |
| 11/18/2025 | 8,000.00 | $1.73 | ($13,840.00) | Account 4 |
| 11/19/2025 | 8,000.00 | $1.63 | ($13,040.00) | Account 4 |
| 11/19/2025 | 3,212.52 | $1.59 | ($5,107.91) | Account 4 |
| 11/25/2025 | 8,000.00 | $2.08 | ($16,640.00) | Account 4 |
| 11/25/2025 | 5,000.00 | $2.03 | ($10,150.00) | Account 4 |
| 11/26/2025 | 4,000.00 | $2.10 | ($8,400.00) | Account 4 |

| | | | | |
|---|---|---|---|---|
| 11/28/2025 | 8,000.00 | $2.04 | ($16,320.00) | Account 4 |
| 11/28/2025 | 6,237.95 | $1.98 | ($12,351.14) | Account 4 |
| 12/3/2025 | 9,000.00 | $1.82 | ($16,380.00) | Account 4 |
| 12/3/2025 | 560.00 | $1.81 | ($1,013.60) | Account 4 |
| 5/7/2026 | 5,568.80 | $0.49 | ($2,722.03) | Account 4 |
| 5/7/2026 | 7,067.04 | $0.51 | ($3,611.26) | Account 4 |
| **Class Period purchases:** | **244,268** | | **($444,212.81)** | |

| Sales | | | | |
|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price Per Share** | **Proceeds** | **Account** |
| 10/20/2025 | 10,070.00 | $2.42 | $24,369.40 | Account 1 |
| 10/24/2025 | 10,850.00 | $2.66 | $28,866.83 | Account 1 |
| 10/21/2025 | 4,250.00 | $2.52 | $10,720.35 | Account 2 |
| 10/24/2025 | 4,590.00 | $3.23 | $14,836.90 | Account 2 |
| 10/20/2025 | 193.63 | $2.24 | $433.74 | Account 3 |
| 10/24/2025 | 631.06 | $2.39 | $1,508.24 | Account 3 |
| 10/29/2025 | 2,053.86 | $2.72 | $5,586.51 | Account 3 |
| 11/3/2025 | 5,312.19 | $2.39 | $12,696.12 | Account 3 |
| 11/4/2025 | 6,466.93 | $1.80 | $11,640.47 | Account 3 |
| 11/5/2025 | 3,084.58 | $1.95 | $6,014.93 | Account 3 |
| 11/10/2025 | 6,463.26 | $2.00 | $12,926.52 | Account 3 |
| 11/14/2025 | 7,316.64 | $1.68 | $12,291.96 | Account 3 |
| 10/20/2025 | 366.37 | $2.20 | $806.01 | Account 4 |
| 10/20/2025 | 4,291.37 | $2.35 | $10,084.71 | Account 4 |
| 10/21/2025 | 4,624.95 | $2.43 | $11,238.62 | Account 4 |
| 10/24/2025 | 6,857.91 | $2.52 | $17,281.93 | Account 4 |
| 11/17/2025 | 23,882.08 | $2.01 | $48,002.99 | Account 4 |
| 11/21/2025 | 27,212.52 | $1.93 | $52,520.17 | Account 4 |
| 11/25/2025 | 13,000.00 | $2.19 | $28,470.00 | Account 4 |
| **Class Period sales** | **141,517.35** | | **$310,296.39** | |
| Retained Purchases: | 102,751 | $0.22 | $22,457.73 * | |
| **Estimated Gain/(Loss)** | | | ($111,458.69) | |

* The value of the retained class period shares not sold during the 90 day lookback period is the average of the trading prices from 08/19/26 to 10/2/2026

** For shares sold during "Lookback Period", sale price is set to greater of actual sale price or average closing price from beginning of "Lookback Period" through date of sale.

## LOSS ANALYSIS - SECTION 10(b)

| | |
|---|---|
| Company Name: Datavault AI Inc | |
| Ticker: DVLT | |
| CUSIP: 86633R609 | |
| ISIN: US86633R6099 | |
| SEDOL: | |

| | |
|---|---|
| Class Period Beginning | 9/4/2024 |
| Class Period Ending | 8/18/2026 |
| Lookback Period Beginning | 8/19/2026 |
| Lookback Period Ending | 11/16/26 |
| Days in Lookback Period | 45 |
| Lookback Period Average Closing Price | $ 0.22 |

**Client Name: Schneck, Gregory**

| Purchases | | | | |
|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price Per Share** | **Cost** | **Account** |
| 10/29/2025 | 23,793.00 | $2.80 | ($66,620.40) | Account 1 |
| 10/29/2025 | 13,892.00 | $2.80 | ($38,897.60) | Account 2 |
| 1/26/2026 | 45,681.00 | $0.79 | ($36,019.47) | |
| 1/26/2026 | 12,319.00 | $0.77 | ($9,496.72) | |
| 1/26/2026 | 300.00 | $0.77 | ($230.19) | |
| 1/26/2026 | 200.00 | $0.77 | ($153.40) | |
| 1/26/2026 | 2,400.00 | $0.77 | ($1,841.76) | |
| 1/26/2026 | 500.00 | $0.77 | ($384.95) | |
| 1/26/2026 | 7,400.00 | $0.77 | ($5,698.00) | |
| 1/26/2026 | 100.00 | $0.77 | ($76.93) | |
| 2/27/2026 | 67,488.00 | $0.68 | ($45,885.09) | |
| 2/27/2026 | 1,512.00 | $0.68 | ($1,027.86) | |
| **Class Period purchases:** | **175,585** | | **($206,332.37)** | |

| Sales | | | | |
|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price Per Share** | **Proceeds** | **Account** |
| **Class Period sales** | **0.00** | | **$0.00** | |
| Retained Purchases: | 175,585 | $0.22 | $38,376.85 | |
| **Estimated Gain/(Loss)** | | | ($167,955.52) | |

* The value of the retained class period shares not sold during the 90 day lookback period is the average of the trading prices from 08/19/26 to 10/2/2026

** For shares sold during "Lookback Period", sale price is set to greater of actual sale price or average closing price from beginning of "Lookback Period" through date of sale.