# EXHIBIT D

**JOINT DECLARATION OF MAHIPAL PADIGELA AND GREGORY SCHNECK SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

We, Mahipal Padigela and Gregory Schneck (together, the "Investor Group"), declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. We respectfully submit this Joint Declaration in support of our motion, brought pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for appointment of the Investor Group as Lead Plaintiff and approval of our selection of Schall, Brown & Schwartz LLP ("SBS") as Lead Counsel (the "Motion") in the instant class action on behalf of a class of investors that purchased Datavault AI, Inc. ("Datavault") common stock between September 4, 2024 and August 18, 2026, inclusive ("Class Period"). We are each informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge concerning our respective information set forth in this Joint Declaration.

2. I, Mahipal Padigela, am an investor in Datavault securities. I live in London, England. I have been investing in securities markets for 15 years. I hold a master's degree in computer science. I work as a software engineer. As reflected in my separate certification, I purchased Datavault securities during the Class Period alleged in *Zeng v. Datavault AI Inc., et al.*, No. 2:26-cv-07424 (E.D. Pa. 2026), and suffered substantial losses, which I and members of the Investor Group allege are the result of violations of the federal securities laws. I personally made the decision to invest in Datavault. I also move as parent and legal guardian on behalf of my minor child, on whose behalf I purchased Datavault securities.

3. I, Gregory Schneck, am an investor in Datavault securities. I live in Union Beach, New Jersey. I have been investing in securities markets for 40 years. I hold an engineering degree from Rutgers University. I work as a mechanical and aerospace engineer. As reflected in my

separate certification, I purchased a significant amount of Datavault securities during the Class Period alleged in *Zeng v. Datavault AI Inc., et al.*, No. 2:26-cv-07424 (E.D. Pa. 2026), and suffered substantial losses, which I and members of the Investor Group allege are the result of violations of the federal securities laws. I personally made the decision to invest in Datavault.

4. We have discussed this case amongst ourselves and with our counsel. Accordingly, each of us is aware of the current status of this litigation. We understand that on October 5, 2026, our counsel will file the Motion seeking our appointment as Lead Plaintiff and approval of our selection of SBS as Lead Counsel, and that this Joint Declaration, and other supporting materials prepared by our counsel, will be filed concurrently with and in support of our Motion. We also understand that in addition to ourselves, other investors in Datavault securities may file competing lead plaintiff motions.

5. We are aware that a lead plaintiff owes a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully in order to protect the Class's interests. We understand that to fulfill our fiduciary duties and obligations as Lead Plaintiff, we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class.

6. We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the Class, and maximizing recovery for the Class, and we are committed to doing so. We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed Class. Given our significant financial interest in the claims brought in this action, we are strongly motivated to recover the significant losses that we and the Class suffered as a result of the defendants' alleged violations of the federal securities laws.

7. We are committed to remaining fully informed regarding the status and progress of this litigation and the prospects for any resolution of this matter. We will continue to communicate regularly with counsel—and with each other separately from our attorneys as necessary—as often as required to ensure the vigorous and efficient prosecution of this case, and to stay informed regarding major litigation events, such as important motions, settlement discussions, trial preparation, and trial.

8. We understand that, as the Court-appointed Lead Plaintiff, we will be responsible for making important litigation decisions and directing counsel with respect to this litigation, after receiving the benefit of counsel's advice. To discharge these duties, we will, among other things, review pleadings and motion papers received from counsel, obtain periodic status reports on the progress of the litigation, participate in discovery, and provide input into important litigation decisions and strategies, including decisions relating to any resolution of the litigation.

9. We will take an active role in the prosecution of the case, including supervising Lead Counsel and ensuring that the case is handled in an efficient manner. We anticipate arriving at joint decisions consensually. In the event of any disagreement concerning the prosecution of this litigation, we agree that each member's vote shall be weighted in proportion to that member's financial losses on transactions in Datavault securities during the Class Period.

10. We will continue to communicate regularly with counsel regarding major litigation events, such as important motions, settlement discussions, trial preparation and trial, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of Lead Counsel's advice. We will communicate with our counsel—and with each other separately from our attorneys as necessary—as often as required to ensure the vigorous and efficient prosecution of this case

11. Before our Motion was filed, we conferred with each other and with counsel by email and held a conference call with each other and our counsel. We have each other's contact information to allow for communication amongst ourselves absent our counsel, if necessary.

12. Through our discussion with each other and our counsel, we each determined that we could maximize the Class's recovery by pooling our respective resources and experience and jointly seeking appointment as Co-Lead Plaintiffs. After reviewing the allegations pleaded in the complaint, and consulting with each other and our counsel, we each independently determined to seek joint appointment as Co-Lead Plaintiffs and subsequently approved the filing of a joint motion seeking our appointment as Co-Lead Plaintiffs. We agree that our collective resources and experience, as well as our ability to engage in joint decision-making, will materially benefit and advance the interests of the Class in this case.

13. We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of small groups of motivated investors, like the Investor Group, to serve as Co-Lead Plaintiffs when the group establishes that its members can oversee the litigation and their proposed Lead Counsel in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

14. We believe that SBS should be approved by the Court to serve as Lead Counsel. We each approved SBS as our designated Lead Counsel because SBS and its attorneys have extensive securities litigation experience and have achieved outstanding results on behalf of defrauded investors. SBS has demonstrated its commitment to Datavault investors by investigating and filing the *Zeng* action. We believe that the proven track record of SBS demonstrates that it will work to obtain the best possible recovery for the Class. We also understand that Lead Counsel

owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this day: 10/3/2026

Signed by:
941692B4E82545D...

Mahipal Padigela

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this day: 10/5/2026

DocuSigned by:
Gregory Schneck
648C2DFCA4994BA...

Gregory Schneck