# EXHIBIT E

SBS SCHALL, BROWN & SCHWARTZ LLP

# FIRM RESUMÉ

Schall, Brown & Schwartz LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: info@schallfirm.com

## ABOUT THE FIRM

Since 2017, Schall, Brown & Schwartz LLP ("SBS" or the "Firm") has recovered nearly half a billion dollars for investors worldwide who have been harmed by securities fraud and corporate malfeasance. The Firm has been and is co-lead or co-counsel on some of the largest securities fraud class action cases in the U.S.

Notably, SBS was co-counsel and played an integral role in *Erickson, et al. v. Snap, Inc., et al.,* No. 17-CV-03679 (C.D. Cal.), securing the second largest securities class action settlement recovery in the U.S. in 2021. In every case in which the Firm is involved, its attorneys actively work to ensure that investors obtain the maximum possible recovery and that all its clients' questions and concerns are addressed promptly and fully.

## CLASS ACTION EXPERIENCE

SBS's attorneys have represented both plaintiffs and defendants in class action and complex civil cases in federal and state courts nationwide. That broad experience encompasses securities fraud, common law fraud, employment, and consumer claims across multiple industries.

In addition, the Firm's attorneys have previously worked for judges in federal court as well as national class action and complex civil litigation firms on cases involving hundreds of millions, if not billions, of dollars in damages. Drawing on that experience, the Firm's clients receive the gold standard in client development and legal representation. This gold standard encompasses SBS's added value in its participation in mediations for all matters that have reached that significant phase. SBS is active in all phases of securities litigation, with special emphasis and expertise in the deposition and mediation stages.

## SECURITIES FRAUD EXPERIENCE

SBS has the expertise and experience to zealously litigate securities fraud cases of any size, scope, or level of complexity. The Firm's attorneys have prosecuted securities fraud class actions on behalf of all types of investors and amassed the expertise necessary to navigate every challenge that may be raised in litigating cases brought pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934.

Currently, SBS is lead or co-lead counsel in:

*In re The Hain Celestial Sec. Lit.,* No. 16-cv-04581 (E.D.N.Y.)

*Bergman v. Caribou Biosciences, Inc.,* No. 23-cv-01742 (N.D. Cal.)(As of Feb. 18, 2025, SBS secured $3.9 million acting as Co-Lead Counsel)

*In re SentinelOne, Inc. Sec. Lit.,* No. 23-cv-02786-HSG (N.D. Cal.)

*O'Meara v. Shift4 Payments, Inc. et al,* No. 23-CV-03206 (E.D. Pa.)

*Frouws v. Edgio, Inc., et al.,* No. 23-CV-00691 (D. Ariz)

*Moreno v. Marathon Digital, et al.,* No. 23-CV-00470 (D. Nev.)

*Marselis v. Fox Factory, et al.,* No. 24-CV-00747 (N.D. Ga.)

*White v. Brooge Energy, et al.,* No. 24-CV-00959 (C.D. Cal.)

*Kula v. Fastly, et al.,* No. 24-CV-03170 (N.D. Cal.)

*Gray v. Biogen, et al.,* No. 24-CV-01444 (D. Co.)

*Shahsavanpour et al. v. Marex Group PLC et al.,* No. 1:25-cv-08393 (S.D.N.Y.)

*Maglione v. Fluor Corporation et al.,* No. 25-cv-02496 (N.D. Tex.)

*In re Sarepta Therapeutics Sec. Lit.,* No. 25-cv-13530 (D. Mass.)

*Singh Family Revocable Trust v. Sprouts Farmers Market Inc., et al.,* No. 2:25-cv-04416 (D. Ariz.)

*Potter v. monday.com, Ltd., et al.,* No. 26-cv-01956 (S.D.N.Y.)

SBS is also on the executive committee in *Tan v. Goldman Sachs Group Inc et al,* No. 21-CV-08413 (S.D.N.Y).

## RECENT SECURITIES FRAUD RECOVERIES

By SBS as Co-Counsel:

*Erickson, et al. v. Snap, Inc., et al.,* No. 17-CV-03679 (C.D. Cal.) (alleging 1934 Act claims based on Snap's growth statements).

- $187.5M recovery in 2021

*In re Pattern Energy Group Inc.*, No. 2020-0357 (Del. Ch.) (alleging breaches of fiduciary duty).

- $100M recovery in 2024

*Klein, et al. v. Altria Group., et al.*, No. 20-cv-00075-DJN (E.D. V.A.) (alleging claims based on Altria and Juul Labs Inc. failure to disclose).

- $90M recovery in 2022

*St. Clair County Employees' Retirement System, et al. v. Resideo Technologies, Inc., et al.*, No. 19-CV-02863 (D. Minn.) (alleging 1934 Act claims based on Resideo's statements about competing with former parent Honeywell International Inc.)

- $55M recovery in 2022

*He et al. v. Uniti Group Inc., et al.*, No. 19-cv-00756 (E.D. Ark.) (alleging 1934 Act claims based on Uniti's concealment of a prohibited sale-leaseback transaction with its parent company relating to a 2015 spinoff).

- $39M recovery in 2022

*In re Talis Biomedical*, No. 22-cv-00105 (N.D. Cal.) (alleging that the Registration Statement was false and misleading and omitted material adverse facts).

- $32.5M recovery in 2024

*Perdomo v. ADT Inc., et al.*, No. 18-cv-80668 (S.D. Fla.) (alleging 1933 Act claims based on ADT's IPO Registration Statement)

- $30M recovery in 2020

*Bilinsky v. Gatos Silver, Inc., et al.*, No. 22-cv-00453 (D. Col.) (alleging 1934 Act claims based on statements regarding Gatos' silver mine located in Mexico).

- $21M recovery in 2023

*Bond. Clover Health Investments Corp., et al.*, No. 21-cv-00096 (M.D. Tenn.) (alleging 1934 Act claims based on statements about Clover's de-SPAC transaction).

- $22M recovery in 2023

*Zwick Partners, LP, et al. v. Quorum Health, et al.*, No. 16-CV-02475 (M.D. Tenn.) (alleging 1934 Act claims based on impairment indicators that existed when Quorum spun off from CHS).

- $18M recovery in 2020

*Bernstein, et al. v. Ginkgo Bioworks*, No. 21-CV-08943 (N.D. Cal.) (alleging 1934 Act claims based on Ginkgo misclassifying and underreporting related party revenue in order to conceal their near total-dependence on related parties).

- $17.75M recovery in 2024

*In re Douyu*, No. 0651703/2020 (Supreme Court, New York County) (alleging 1934 Act claims based on Douyu's concealment of major shareholder Tencent Holdings funding a competitor at the time of Douyu's U.S. IPO).

- $15M recovery in 2022

*In re Avon Products, Inc. Securities Litigation*, No. 19-CV-01420 (S.D.N.Y) (alleging 1934 Act claims based on Avon's disclosure of credit terms).

- $14.5M recovery in 2020

*In re Toronto-Dominion Bank Securities Litigation,* No. 17-CV-01665 (D.N.J.) (alleging 1934 Act claims based on Toronto-Dominion's policies which led its employees to break the law at customers' expense to meet sales targets).

- $13.2M recovery in 2019

*Ortiz v. Canopy Growth Corp. et al.,* No. 19-cv-20543 (D.N.J.) (alleging 1934 Act claims based on Canopy's concealment of an inventory oversupply problem).

- $13M recovery in 2022

*Abadilla v. Precigen Inc. et al.,* No. 20-cv-06936, (N.D. Cal.) (alleging 1934 Act claims based on statements about the progress or viability about Precigen's methane bioconversion platform program)

- $13M recovery in 2023

*Sonny St. John v. Cloopen Group Holding Limited et al.,* No. 652617/2021 (N.Y. Sup. Ct., N.Y. Cnty.) (alleging Section 11 claims based on omissions in Cloopen's registration documents).

- $12M recovery in 2023

*In re CPI Card Group Inc. Securities Litigation,* No. 16-CV-04531 (S.D.N.Y.) (alleging 1933 Act claims based on omissions in CPI's Registration Statement).

- $11M recovery in 2019

*Lowry et al. v. RTI Surgical Holdings, Inc. et al.,* No. 20 C 01939 (N.D. Ill.) (alleging 1934 Act claims based on alleged manipulative accounting practices)

- $10.5M recovery in 2021

# OUR TEAM

## BRIAN J. SCHALL

*Founding Partner*

Brian founded SBS with the vision of a client-centered approach to achieving the maximum recovery possible for all class members. To that end, SBS has helped recover nearly half a billion dollars for investors since 2017, including some of the largest recoveries of all time in securities fraud cases.

Committed to his vision, Brian looks forward to continuing to empower investors to take a more active role in the litigation than they traditionally have, thereby shaping the securities class action sector to better represent the interests of clients.

Brian began his legal career at a multi-billion-dollar fund manager where he focused on Dodd-Frank compliance, with a special emphasis on complex derivatives. He then worked at a prominent securities fraud class action firm, and subsequently co-founded Goldberg Law PC where he vigorously fought for shareholder rights in some of the largest class action cases in recent years.

## DAVID J. SCHWARTZ

*Founding Partner*

David focuses on event-driven and special situation litigation using legal strategies to enhance clients' investment returns. Over the last several years, he has helped secure leadership roles on behalf of his clients in some of the largest securities and Delaware class actions in the country, including cases against *Lordstown*, *Nikola*, *Alta Mesa*, and *PayPal*.

David's extensive experience includes prosecuting, as well as defending against, securities and corporate governance actions for an array of domestic and international clients, including hedge funds, merger arbitrageurs, retail investors, pension funds, mutual funds, and asset management companies. He has played a pivotal role in numerous large securities class action and corporate governance cases in recent years, securing more than $170 million in recoveries in 2022 alone:

*In re CannTrust, Inc. Securities Litigation* (CA$129.5M settlement)
*In re Resideo Securities Litigation* ($55M settlement, third largest recovery in the Eighth Circuit)
*Makris, et al. v. Ionis Pharmaceuticals, Inc.,* et al. ($12.5M settlement)

David has also done substantial work in mergers and acquisitions appraisal litigation and direct action/opt-out litigation, including over a dozen appraisals in domestic and foreign jurisdictions. He is currently prosecuting In re Lordstown Securities Litigation and several international appraisal actions.

Recognizing that David is one of the nation's most accomplished attorneys, Benchmark Litigation named him a "Future Star" and selected him, three years in a row, to its "40 & Under Hot List." In addition, Lawdragon has recognized him as one of the country's "500 Leading Plaintiff Financial Lawyers" and featured him in its Lawyer Limelight series.

## ANDREW J. BROWN

*Founding Partner & Head of Litigation*

Andrew Brown has extensive experience in class action litigation, having spent 18 years at the largest plaintiffs' firm in the country, representing institutional investors and individuals in hundreds of securities class actions and shareholder derivative cases. A trial lawyer since starting his career as a Deputy Public Defender in 1992, Mr. Brown and his litigation teams have recovered billions of dollars and achieved ground-breaking corporate governance reforms on behalf of his clients and class members.

Mr. Brown left the firm in 2018 to get back to his roots -- representing individuals against large and powerful corporations with seemingly unlimited resources. Mr. Brown's success has garnered national attention in various media. Several of his cases have been reported in national news publications such as the Wall Street Journal, and he has appeared on various television programs such as Fox Business News. His investigations have led to SEC enforcement actions for securities fraud, and he is one of the few lawyers in class action litigation to take a case to trial and prevail, recovering hundreds of millions of dollars on behalf of tens of thousands of class members.

## WILLIAM M. BRODY

*Partner & General Counsel*

Will Brody has over 20 years of experience as a civil litigator and trial attorney in complex and high stakes lawsuits. Mr. Brody has a client-driven approach focusing on strategies to maximize value and results. After graduating from Northwestern School of Law, Mr. Brody worked at top-tier litigation firms in Los Angeles including most recently as a litigation partner at Loeb & Loeb LLP. He has experience leading the representations of local, national and international clients in a broad range of matters including disputes involving fraud, securities investments, accounting malfeasance, breach of fiduciary duty, breach of contract and real estate matters among many other issues.

## RINA RESTAINO

*Partner*

Rina started with SBS in 2019 and shares Brian's vision of a client-centric approach. She is committed to understanding clients' needs and providing them clear and fulsome counsel from the inception of a class action through final approval of any settlement.

On behalf of the Firm's clients, Rina has participated in over 20 mediations, resulting in millions of dollars recovered for shareholders. She also has extensive experience in all phases of litigation, particularly in securities fraud and employment class actions involving over 1,000 plaintiffs. Her expertise arises from cases involving multifaceted data management and damage analysis.

Rina has made significant contributions to SBS, namely securing the client and ensuring an optimal recovery for the shareholders in the $90 million settlement in *Klein, et al. v. Altria Group., et al.*

In addition, Rina has worked for Fortune 500 companies in different legal and business capacities. She has

handled single plaintiff and class action litigation for employees and employers, including cases alleging wrongful termination, discrimination, wage claims, and unfair labor practices.

## BRIAN O. O'MARA

*Partner*

Brian is a litigation partner at Schall, Brown & Schwartz. Mr. O'Mara's practice focuses on investigating and prosecuting complex securities, antitrust, and consumer protection litigation in state and federal courts across the United States. Over the past 20 years, Brian has served as lead or co-lead counsel in numerous shareholder, consumer protection, and antitrust actions involving companies in the financial services, technology, pharmaceutical, entertainment and gaming, and telecommunications industries, which have yielded billions of dollars in recoveries. Mr. O'Mara has helped institutional and individual claimants protect their investments by securing leadership positions in dozens of securities and antitrust actions and has been responsible for a number of significant trial and appellate court rulings in the securities and antitrust space.

Brian has been twice recognized by the American Antitrust Institute's Antitrust Enforcement Awards for Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in the ISDAfix price-fixing litigation and the EpiPen class action alleging antitrust and RICO violations. Brian has been recognized in The Best Lawyers in America for Securities, Antitrust, and Consumer Protection litigation. He has also been named a Super Lawyer by Super Lawyers Magazine for the past six consecutive years and recognized as a Leading Plaintiff Financial Lawyer by Lawdragon.

Brian graduated from the University of Kansas with a degree in economics, and he received his law degree from DePaul University College of Law, where he was the recipient of a CALI Excellence for the Future Award in securities regulation. Following graduation, Brian began his legal career serving as the law clerk to the Honorable Jerome M. Polaha in the Second Judicial District Court for the State of Nevada.

## CHRIS MOONEY

*Senior Counsel*

Prior to joining Schall, Brown & Schwartz, Chris concentrated on plaintiff representation in complex litigation matters, including securities fraud, commodity manipulation, price-fixing, and exchange-related antitrust claims. Chris has also worked as a financial associate at one of the world's largest banks, where he helped manage an $8B portfolio of private equity investments and is a licensed C.P.A. (currently unregistered) with experience in the audit and review of S.E.C. registered entities.

Chris earned his J.D. in 2013 from Fordham University School of Law, where he served as a member of the Dispute Resolution Society and interned for the Honorable George B. Daniels (S.D.N.Y.) as well as the S.D.N.Y. U.S. Attorney's Office. He received his B.B.A., cum laude, in accounting and finance from Baruch College.

## SHERIN MAHDAVIAN

*Senior Associate*

Sherin, a transactional and litigation attorney with experience in business and regulatory law, focuses her practice at SBS on client services and case development.
While in law school, Sherin worked as a federal agency liaison for Congressman Brad Sherman's office at one of the top lobbying firms in Los Angeles. After graduating, she worked at a mid-sized law firm in Downtown LA, where she specialized in regulatory, business, and environmental law and focused her efforts on transactional work and client relations.

## EDWARD E. JOHNSON

*Of Counsel*

Edward specializes in handling the most complex civil litigation matters, in a wide variety of areas including trade secret, licensing, patent infringement, M&A- related, derivative, employment, commercial, and contract disputes.

Edward's clients have included businesses in numerous industries, including semiconductors, medical devices, financial services, and real estate development. He has litigated in state and federal courts throughout the United States. He practiced at Sullivan & Cromwell LLP for ten years and at Theodora Oringher P.C. for seven years.

Edward is a 2005 magna cum laude graduate of Harvard Law School. He received his B.A. in mathematics from Williams College in 1998.

## DAVID ZIMMER

*Of Counsel*

David is Of Counsel at Schall Brown & Schwartz, where he works on the firm's active litigation matters.
David previously spent eleven years at Goodwin Procter in Boston, where he was a partner in Goodwin's Supreme Court and Appellate practice. David is also a Lecturer at Harvard Law School, where he teaches the Federal Courts Clinic and Clinical Seminar.

David has extensive experience representing clients in appeals and complex civil litigation. David has argued or second-chaired seven merits cases at the U.S. Supreme Court and dozens of appeals in federal and state appellate courts across the country. He also regularly assists with dispositive motions in federal and state trial courts. David is ranked in Chambers USA in the Nationwide Appellate Rankings and was one of Law360's Appellate Rising Stars in 2021. David's work has also been recognized by Benchmark Litigation, the American Lawyer, the Financial Times, and the Legal Aid Society, among others.

David dedicates a significant portion of his time to pro bono work and public service, with a particular focus on immigration law. He successfully argued two of the most important immigration cases the Supreme Court has decided in the last decade and is one of the few two-time winners of the American Immigration Lawyers' Association's Jack Wasserman Memorial Award for Excellence in Litigation. David is also the

Chair of the AILA Amicus Committee; a member and the former co-Chair of the Boston Bar Association's Amicus Committee; a member of the Legal Services Corporation's Leadership Council; and a member of the Board of Directors for the ACLU of Massachusetts and Lawyers for Civil Rights.

## BRIAN ENGLAND

*Of Counsel*

Brian England joined Schall, Brown, & Schwartz LLP in 2024 and has already helped secure a $15 million settlement in *Peter Frouws, et al. v. Edgio*.

Brian began his legal career in the Los Angeles office of Robins, Kaplan, Miller & Ciresi LLP. He then joined the leading international law firm Sullivan & Cromwell LLP as an associate and was later promoted to special counsel. During that time, Brian represented large, publicly-traded companies in high-stakes, complex litigation and regulatory matters.

Brian is admitted to practice before the U.S. Court of Appeals for the Eighth, Ninth and Federal Circuits, the U.S. District Courts for the Central, Eastern, Northern and Southern Districts of California, and the District Courts of Arizona and the District of Columbia.

Brian has in the past worked extensively with Public Counsel's Adoptions Project, finalizing numerous adoptions. He also represented a family in an administrative hearing against Los Angeles County regarding the County's failure to properly pay adoption assistance, resulting in a substantial increase in the monthly payments and significant lump sum payment for past deficiencies. Brian was honored as the Adoptions Project's Advocate of the Year for 2003. He has also participated, on a pro bono basis, in other family law and parental rights issues. Finally, Brian was part of a team that litigated a significant prisoner's rights litigation that resulted in a favorable outcome for deaf prisoners in the federal prison system.

Represented a Fortune 100 company in a coordinated proceeding involving more than 25 nationwide and state class actions involving claims of fraud, violations of consumer protection statutes, and breaches of express and implied warranties arising out of the sale of polycarbonate baby bottles and products.

Represented major investment banks in the Enron Securities class actions and University of California Regents, et al. v. AOL Time Warner Inc., et al, participating in all aspects of the defense of these actions.

## ADAM L. ROSEN

*Associate*

Dedicated to securing maximum recovery for class members while understanding each clients' individual needs, Adam Rosen approaches each case with commitment and personalized attention.

Adam graduated summa cum laude from Tufts University in 2020 and earned his J.D. from the UCLA School of Law in 2023, where he worked as a teaching assistant in UCLA's Anderson School of Business. Prior to joining SBS in 2025, Adam honed his investor relations skills with prominent Los Angeles-based hedge funds. Following his foray into finance, Adam went on to prosecute complex consumer and employment class actions.