**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS<br><br>**CLASS ACTION** |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS<br><br>**CLASS ACTION** |

**NOTICE OF CHRISTOPHER R. SHEPPARD AND BRIAN WEATHERFORD'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Christopher R. Sheppard and Brian Weatherford ("Movants"), will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for entry of an Order: (1) consolidating the above-captioned, related actions; (2) appointing Movants as Lead Plaintiff; (3) approving Movants' selection of Faruqi & Faruqi, LLP as Lead Counsel for the putative Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Timothy J. Peter and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Sheppard & Weatherford respectfully request that the Court: (1) appoint Movants as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: October 5, 2026

Respectfully submitted,

**FARUQI & FARUQI, LLP**
By: *s/ Timothy J. Peter*
Timothy J. Peter

Timothy J. Peter (#306965)
1617 John F Kennedy Blvd. Suite #1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**

685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Christopher R. Sheppard and Brian Weatherford and [Proposed] Lead Counsel for the putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2026, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: October 5, 2026

By: s/ *Timothy J. Peter*
Timothy J. Peter