**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS<br><br>**CLASS ACTION** |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS<br><br>**CLASS ACTION** |

**DECLARATION OF TIMOTHY J. PETER IN SUPPORT OF CHRISTOPHER R. SHEPPARD AND BRIAN WEATHERFORD'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, Timothy J. Peter, declare as follows:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Christopher R. Sheppard and Brian Weatherford ("Movants"), for: (1) consolidation of the above-captioned, related actions; (2) appointment as Lead Plaintiff; and (3) approval of Movants' selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A: First Notice of Pendency of a Class Action

Exhibit B: Movants' PSLRA Certifications

Exhibit C: Chart setting forth Movants' financial interest in this litigation

Exhibit D: Joint Declaration of Movants

Exhibit E: Firm Resume of Faruqi & Faruqi, LLP

Exhibit F: Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of October 2026 at Philadelphia, PA.

s/ *Timothy J. Peter*
Timothy J. Peter

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2026, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: October 5, 2026

By: s/ *Timothy J. Peter*
Timothy J. Peter