# EXHIBIT B

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Christopher R. Sheppard, declare as to the claims asserted under the federal securities laws against Datavault AI, Inc., *et al*, that:

1. I have reviewed a complaint against Datavault AI, Inc., *et al* in the action filed and adopt the allegations therein.

2. I have selected and retained Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. I did not purchase any security that is the subject of this action at the direction of my counsel or in order to participate in any private action arising under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. My transactions in Datavault AI, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6. In the past three years, I have not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed 10/05/2026

Christopher R. Sheppard
Christopher R. Sheppard (Oct 5, 2026 19:18:47 MDT)

Christopher R. Sheppard

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 2/19/2026 | 3,800 | $0.7794 |
| Purchase | Common Stock | 2/19/2026 | 200 | $0.7645 |
| Purchase | Common Stock | 2/24/2026 | 26,000 | $0.6843 |
| Purchase | Common Stock | 2/27/2026 | 17,957 | $0.7210 |
| Purchase | Common Stock | 3/3/2026 | 12,043 | $0.6998 |
| Purchase | Common Stock | 3/4/2026 | 40,000 | $0.6699 |
| Purchase | Common Stock | 3/9/2026 | 50,000 | $0.7109 |
| Purchase | Common Stock | 3/10/2026 | 16,300 | $0.6536 |
| Purchase | Common Stock | 3/16/2026 | 34,667 | $0.6740 |
| Purchase | Common Stock | 3/23/2026 | 125,125 | $0.7182 |
| Purchase | Common Stock | 4/15/2026 | 227 | $0.7100 |
| Purchase | Common Stock | 5/1/2026 | 200 | $0.7199 |
| Purchase | Common Stock | 5/18/2026 | 5,893 | $0.5140 |
| Sold | Common Stock | 5/18/2026 | (5,727) | $0.5280 |
| Purchase | Common Stock | 5/18/2026 | 337,213 | $0.5150 |
| Sold | Common Stock | 5/18/2026 | (126,000) | $0.5407 |
| Sold | Common Stock | 5/18/2026 | (200,292) | $0.5300 |
| Sold | Common Stock | 5/26/2026 | (250) | $0.4380 |
| Sold | Common Stock | 5/26/2026 | (80) | $0.4399 |

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Brian Weatherford, declare as to the claims asserted under the federal securities laws against Datavault AI Inc., *et al*, that:

1. I have reviewed a complaint against Datavault AI Inc., *et al* in the action filed and adopt the allegations therein.

2. I have selected and retained Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. I did not purchase any security that is the subject of this action at the direction of my counsel or in order to participate in any private action arising under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. My transactions in Datavault AI Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6. In the past three years, I have not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed 10/05/2026

Brian Weatherford
Brian Weatherford (Oct 5, 2026 21:16:17 EDT)

Brian Weatherford

| **Transaction** (Purchase or Sale) | **Share Type** | **Trade Date** | **Quantity** | **Price Per Share** |
|---|---|---|---|---|
| Purchase | Common Stock | 9/23/2025 | 1 | $0.55 |
| Purchase | Common Stock | 9/25/2025 | 2,000 | $0.99 |
| Purchase | Common Stock | 9/25/2025 | 1,999 | $0.97 |
| Purchase | Common Stock | 9/25/2025 | 2,000 | $0.96 |
| Purchase | Common Stock | 9/25/2025 | 1,995 | $0.95 |
| Purchase | Common Stock | 9/25/2025 | 2,000 | $0.83 |
| Purchase | Common Stock | 9/25/2025 | 5 | $0.95 |
| Sale | Common Stock | 9/26/2025 | -1,650 | $1.13 |
| Sale | Common Stock | 9/26/2025 | -1,345 | $1.15 |
| Sale | Common Stock | 9/26/2025 | -650 | $1.28 |
| Sale | Common Stock | 9/26/2025 | -349 | $1.31 |
| Sale | Common Stock | 9/26/2025 | -5 | $1.12 |
| Sale | Common Stock | 9/26/2025 | -1 | $1.26 |
| Purchase | Common Stock | 10/9/2025 | 2,000 | $2.28 |
| Purchase | Common Stock | 10/9/2025 | 2,000 | $2.20 |
| Purchase | Common Stock | 10/13/2025 | 804 | $1.65 |
| Purchase | Common Stock | 10/16/2025 | 1,196 | $1.99 |
| Purchase | Common Stock | 10/16/2025 | 1,000 | $1.93 |
| Purchase | Common Stock | 10/16/2025 | 1,000 | $1.91 |
| Purchase | Common Stock | 10/16/2025 | 1,000 | $1.87 |
| Sale | Common Stock | 10/20/2025 | -2,000 | $2.31 |
| Sale | Common Stock | 10/20/2025 | -2,000 | $2.21 |
| Sale | Common Stock | 10/20/2025 | -1,196 | $2.11 |
| Sale | Common Stock | 10/20/2025 | -1,000 | $2.21 |
| Sale | Common Stock | 10/20/2025 | -804 | $2.41 |
| Purchase | Common Stock | 10/22/2025 | 2,000 | $2.13 |
| Purchase | Common Stock | 10/22/2025 | 2,000 | $2.13 |
| Purchase | Common Stock | 10/22/2025 | 2,000 | $2.13 |
| Purchase | Common Stock | 10/22/2025 | 2,000 | $2.10 |
| Purchase | Common Stock | 10/22/2025 | 1,999 | $2.09 |
| Purchase | Common Stock | 10/22/2025 | 1,000 | $2.10 |
| Purchase | Common Stock | 10/22/2025 | 1,000 | $2.08 |
| Purchase | Common Stock | 10/22/2025 | 1,000 | $2.07 |
| Purchase | Common Stock | 10/22/2025 | 1 | $2.06 |
| Purchase | Common Stock | 10/28/2025 | 2,000 | $3.18 |
| Purchase | Common Stock | 10/28/2025 | 1,000 | $3.18 |
| Purchase | Common Stock | 10/28/2025 | 1,000 | $3.13 |
| Purchase | Common Stock | 10/28/2025 | 1,000 | $3.10 |
| Purchase | Common Stock | 10/29/2025 | 2,000 | $2.85 |

| | | | | |
|---|---|---|---|---|
| Purchase | Common Stock | 10/29/2025 | 1,000 | $2.98 |
| Purchase | Common Stock | 10/29/2025 | 1,000 | $2.96 |
| Purchase | Common Stock | 10/30/2025 | 4,000 | $2.52 |
| Purchase | Common Stock | 10/30/2025 | 3,000 | $2.53 |
| Purchase | Common Stock | 10/30/2025 | 2,000 | $2.63 |
| Purchase | Common Stock | 10/30/2025 | 1,000 | $2.59 |
| Purchase | Common Stock | 10/31/2025 | 5,000 | $1.83 |
| Purchase | Common Stock | 11/4/2025 | 1,000 | $1.77 |
| Purchase | Common Stock | 11/4/2025 | 1,000 | $1.74 |
| Purchase | Common Stock | 11/5/2025 | 3,000 | $1.64 |
| Purchase | Common Stock | 11/6/2025 | 2,000 | $1.40 |
| Sale | Common Stock | 11/10/2025 | -2,000 | $1.69 |
| Purchase | Common Stock | 11/14/2025 | 4,199 | $1.85 |
| Purchase | Common Stock | 11/14/2025 | 801 | $1.81 |
| Purchase | Common Stock | 12/5/2025 | 1,000 | $1.75 |
| Purchase | Common Stock | 12/9/2025 | 1,000 | $1.51 |
| Sale | Common Stock | 12/18/2025 | -7,000 | $1.06 |
| Sale | Common Stock | 9/9/2026 | -5,000 | $0.21 |
| Sale | Common Stock | 9/9/2026 | -1,000 | $0.21 |