# EXHIBIT C

**DATAVAULT AI, INC.**
**Class Period: September 4, 2024 and August 18, 2026**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $0.2186 Estimated Value | Estimated Matched Gain (Loss) | Approximate LIFO (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | | |
| **Retirement** | | (9,920) | | ($6,151.89) | | 5,977 | | $3,133.36 | (3,943) | ($3,018.54) | ($2,201.37) | $44.71 | ($2,156.66) |
| **Account 1** | | (659,705) | | ($399,353.08) | | 326,372 | | $174,318.15 | (333,333) | ($225,034.92) | ($158,410.11) | $6,236.57 | ($152,173.54) |
| **Christopher R. Sheppard Account Totals** | | **(669,625)** | | **($405,504.97)** | | **332,349** | | **$177,451.51** | **(337,276)** | **($228,053.46)** | **($160,611.48)** | **$6,281.29** | **($154,330.20)** |
| **Retirement** | | | | | | | | | | | | | |
| | 2/19/2026 | (3,800) | $0.7794 | ($2,961.72) | | | | | | | | | |
| | 4/15/2026 | (227) | $0.7100 | ($161.17) | | | | | | | | | |
| | 5/18/2026 | (5,893) | $0.5140 | ($3,029.00) | | | | | | | | | |
| | | | | | 5/18/2026 | 5,727 | $0.5280 | $3,023.86 | | | | | |
| | | | | | 5/26/2026 | 250 | $0.4380 | $109.50 | | | | $44.71 | |
| **Account 1** | | | | | | | | | | | | | |
| | 2/19/2026 | (200) | $0.7645 | ($152.90) | | | | | | | | | |
| | 2/24/2026 | (26,000) | $0.6843 | ($17,791.80) | | | | | | | | | |
| | 2/27/2026 | (17,957) | $0.7210 | ($12,947.00) | | | | | | | | | |
| | 3/3/2026 | (12,043) | $0.6998 | ($8,427.69) | | | | | | | | | |
| | 3/4/2026 | (40,000) | $0.6699 | ($26,796.00) | | | | | | | | | |
| | 3/9/2026 | (50,000) | $0.7109 | ($35,545.00) | | | | | | | | | |
| | 3/10/2026 | (16,300) | $0.6536 | ($10,653.68) | | | | | | | | | |
| | 3/16/2026 | (34,667) | $0.6740 | ($23,365.56) | | | | | | | | | |
| | 3/23/2026 | (125,125) | $0.7182 | ($89,864.78) | | | | | | | | | |
| | 5/1/2026 | (200) | $0.7199 | ($143.98) | | | | | | | | | |
| | 5/18/2026 | (337,213) | $0.5150 | ($173,664.70) | | | | | | | | | |
| | | | | | 5/18/2026 | 126,000 | $0.5407 | $68,128.20 | | | | | |
| | | | | | 5/18/2026 | 200,292 | $0.5300 | $106,154.76 | | | | | |
| | | | | | 5/26/2026 | 80 | $0.4399 | $35.19 | | | | $6,236.57 | |

*Avg Closing Prices from August 19, 2026 - October 2, 2026
LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by subtracting the proceeds of sale from the cost basis of purchase.

Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.

**Datavault AI Inc**
**Class Period: September 4, 2024 and August 18, 2026**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $0.2186 Estimated Value | Estimated Matched Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| **Investor Account Totals** | | **(70,000)** | | **($140,954.95)** | | **20,000** | | **$31,236.51** | **(50,000)** | **($109,718.44)** | **($88,424.84)** | **($98,426.41)** |
| **Brian Weatherford** | | | | | | | | | | | | |
| | 9/23/2025 | (1) | $0.5549 | ($0.55) | | | | | | | | |
| | 9/25/2025 | (2,000) | $0.9900 | ($1,980.00) | | | | | | | | |
| | 9/25/2025 | (1,999) | $0.9725 | ($1,944.03) | | | | | | | | |
| | 9/25/2025 | (2,000) | $0.9565 | ($1,913.00) | | | | | | | | |
| | 9/25/2025 | (1,995) | $0.9527 | ($1,900.64) | | | | | | | | |
| | 9/25/2025 | (2,000) | $0.8298 | ($1,659.60) | | | | | | | | |
| | 9/25/2025 | (5) | $0.9521 | ($4.76) | | | | | | | | |
| | | | | | 9/26/2025 | 1,650 | $1.1300 | $1,864.50 | | | | |
| | | | | | 9/26/2025 | 1,345 | $1.1500 | $1,546.75 | | | | |
| | | | | | 9/26/2025 | 650 | $1.2800 | $832.00 | | | | |
| | | | | | 9/26/2025 | 349 | $1.3134 | $458.38 | | | | |
| | | | | | 9/26/2025 | 5 | $1.1200 | $5.60 | | | | |
| | | | | | 9/26/2025 | 1 | $1.2600 | $1.26 | | | | $1,143.49 |
| | 10/9/2025 | (2,000) | $2.2800 | ($4,560.00) | | | | | | | | |
| | 10/9/2025 | (2,000) | $2.2000 | ($4,400.00) | | | | | | | | |
| | 10/13/2025 | (804) | $1.6500 | ($1,326.60) | | | | | | | | |
| | 10/16/2025 | (1,196) | $1.9900 | ($2,380.04) | | | | | | | | |
| | 10/16/2025 | (1,000) | $1.9250 | ($1,925.00) | | | | | | | | |
| | 10/16/2025 | (1,000) | $1.9100 | ($1,910.00) | | | | | | | | |
| | 10/16/2025 | (1,000) | $1.8699 | ($1,869.90) | | | | | | | | |
| | | | | | 10/20/2025 | 2,000 | $2.3138 | $4,627.60 | | | | |
| | | | | | 10/20/2025 | 2,000 | $2.2100 | $4,420.00 | | | | |
| | | | | | 10/20/2025 | 1,196 | $2.1050 | $2,517.58 | | | | |
| | | | | | 10/20/2025 | 1,000 | $2.2100 | $2,210.00 | | | | |
| | | | | | 10/20/2025 | 804 | $2.4100 | $1,937.64 | | | | $1,901.28 |
| | 10/22/2025 | (2,000) | $2.1300 | ($4,260.00) | | | | | | | | |
| | 10/22/2025 | (2,000) | $2.1300 | ($4,260.00) | | | | | | | | |
| | 10/22/2025 | (2,000) | $2.1262 | ($4,252.40) | | | | | | | | |
| | 10/22/2025 | (2,000) | $2.1000 | ($4,200.00) | | | | | | | | |
| | 10/22/2025 | (1,999) | $2.0900 | ($4,177.91) | | | | | | | | |
| | 10/22/2025 | (1,000) | $2.1000 | ($2,100.00) | | | | | | | | |
| | 10/22/2025 | (1,000) | $2.0800 | ($2,080.00) | | | | | | | | |
| | 10/22/2025 | (1,000) | $2.0700 | ($2,070.00) | | | | | | | | |
| | 10/22/2025 | (1) | $2.0600 | ($2.06) | | | | | | | | |
| | 10/28/2025 | (2,000) | $3.1800 | ($6,360.00) | | | | | | | | |
| | 10/28/2025 | (1,000) | $3.1800 | ($3,180.00) | | | | | | | | |
| | 10/28/2025 | (1,000) | $3.1262 | ($3,126.20) | | | | | | | | |
| | 10/28/2025 | (1,000) | $3.1000 | ($3,100.00) | | | | | | | | |
| | 10/29/2025 | (2,000) | $2.8500 | ($5,700.00) | | | | | | | | |
| | 10/29/2025 | (1,000) | $2.9800 | ($2,980.00) | | | | | | | | |
| | 10/29/2025 | (1,000) | $2.9600 | ($2,960.00) | | | | | | | | |
| | 10/30/2025 | (4,000) | $2.5200 | ($10,080.00) | | | | | | | | |
| | 10/30/2025 | (3,000) | $2.5300 | ($7,590.00) | | | | | | | | |
| | 10/30/2025 | (2,000) | $2.6300 | ($5,260.00) | | | | | | | | |
| | 10/30/2025 | (1,000) | $2.5864 | ($2,586.40) | | | | | | | | |
| | 10/31/2025 | (5,000) | $1.8300 | ($9,150.00) | | | | | | | | |
| | 11/4/2025 | (1,000) | $1.7700 | ($1,770.00) | | | | | | | | |
| | 11/4/2025 | (1,000) | $1.7400 | ($1,740.00) | | | | | | | | |
| | 11/5/2025 | (3,000) | $1.6393 | ($4,917.90) | | | | | | | | |
| | 11/6/2025 | (2,000) | $1.4000 | ($2,800.00) | | | | | | | | |
| | | | | | 11/10/2025 | 2,000 | $1.6850 | $3,370.00 | | | | $570.00 |
| | 11/14/2025 | (4,199) | $1.8500 | ($7,768.15) | | | | | | | | |
| | 11/14/2025 | (801) | $1.8100 | ($1,449.81) | | | | | | | | |
| | 12/5/2025 | (1,000) | $1.7500 | ($1,750.00) | | | | | | | | |
| | 12/9/2025 | (1,000) | $1.5100 | ($1,510.00) | | | | | | | | |
| | | | | | 12/18/2025 | 7,000 | $1.0636 | $7,445.20 | | | | ($5,032.76) |
| | | | | | **Post Class Period Sales** | | | | | | | |
| | | | | | 9/9/2026 | 5,000 | $0.2105 | $1,052.50 | | | $0.2791** | ($7,032.63) |
| | | | | | 9/9/2026 | 1,000 | $0.2101 | $210.10 | | | $0.2791** | ($1,550.95) |

*Avg Closing Prices from August 19, 2026 - October 2, 2026
**Avg Closing Prices from August 19, 2026 - September 9, 2026
LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by subtracting the proceeds of sale from the cost basis of purchase.

Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.