# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS<br><br>**CLASS ACTION** |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS<br><br>**CLASS ACTION** |

**JOINT DECLARATION OF CHRISTOPHER R. SHEPPARD AND BRIAN WEATHERFORD IN SUPPORT OF THEIR MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. We, Christopher R. Sheppard ("Sheppard") and Brian Weatherford ("Weatherford") respectfully submit this Joint Declaration in support of our Motion for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel (the "Joint Declaration"). We both have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2. We are each informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as Lead Plaintiff, or taken no action and remained absent class members. However, we both have decided to move for Lead Plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3. I, Christopher R. Sheppard, as reflected in my Certification, purchased Datavault AI common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I decided to seek appointment as Lead Plaintiff with Weatherford after learning of Weatherford's motivation to recover on behalf of investors and that we were each in discussions with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Weatherford and I have discussed this matter and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims assisted.

---

[1] The "Class" consists of Datavault AI Inc. ("Datavault AI" or the "Company") investors that purchased or otherwise acquired Datavault AI common stock between September 4, 2024 and October 30, 2025, inclusive (the "Class Period").

4. I am a Canadian citizen and I currently reside in Warman, Saskatchewan.

5. I have a degree in Computer Studies from Academy Canada.

6. Since January 2024, I've worked at Cargill as a Process Technician.

7. Prior to my current job, I worked as a truck driver for 4 years at Canadian National Resources Limited.

8. Prior to that, I worked for 18 years as a Sampler, running tests on core samples from mines at Vale Mining, formerly known as Inco.

9. I have been investing in the stock market for approximately 5 years and manage my own investments.

10. I, Brian Weatherford, as reflected in my Certification, purchased Datavault AI common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I decided to seek appointment as Lead Plaintiff with Sheppard after learning of Sheppard's motivation to recover on behalf of investors and that we were each in discussions with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Sheppard and I have discussed this matter and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims assisted.

11. I am a United States citizen and I currently reside in Cockeysville, Maryland.

12. I have a Bachelor of Science in Business from the University of Delaware.

13. I currently work at Constellation Energy as Vice President of Sales. I've worked there for approximately 20 years.

14. I have been investing in the stock market for over 45 years and made my own investment decisions with respect to my investments in Datavault AI.

15. We are aware that on August 5, 2026, Carla Aramouni filed a putative class action in the U.S. District Court for the Eastern District of Pennsylvania, on behalf of all persons and entities other than Defendants (defined below) that purchased or otherwise acquired Datavault AI securities between September 4, 2024 and October 30, 2025, both dates inclusive (the "*Aramouni* Action"). The *Aramouni* Action seeks relief against Defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission.

16. We are also aware that on September 25, 2026, Van Zeng filed a putative class action in the U.S. District Court for the Eastern District of Pennsylvania, on behalf of all persons and entities who purchased or otherwise acquired Datavault AI common stock between September 4, 2024 and August 18, 2026, inclusive (the "*Zeng* Action," together with the *Aramouni* Action, the "Actions"). The *Zeng* Action seeks relief against Defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission.

17. We believe that we will provide exemplary representation to the Class of investors who purchased Datavault AI common stock during the Class Period. After discussing the allegations against Datavault AI, Brett Moyer, Nathaniel T. Bradley, and Gary Williams (collectively, the "Defendants"), the procedural background of the Actions, the process of appointing a Lead Plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigation the claims of the Class.

18. We are like-minded investors who have retained the law firm of Faruqi & Faruqi, LLP to represent us in this matter. We believe that the allegations against Defendants are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors represented by an experienced and successful securities litigation law firm. We both decided to work together as a small group of investors in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Datavault AI shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

19. We both understand that, if appointed, we would owe a fiduciary duty to the Class to work as a group to provide effective representation and to ensure that lead counsel effectively litigates the Actions. Both of us understands that if we are appointed as Lead Plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Both of us will do our best to maximize the recovery for the Class.

20. If appointed as Lead Plaintiff, we agree to actively manage the prosecution of the Actions including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision-making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remail actively involved to ensure the Class is afforded the highest degree of representation.

21. We select Faruqi & Faruqi, LLP to serve as lead counsel on behalf of the Class and believe this firm has the experience and ability to effectively and expeditiously bring the Actions to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed lead counsel, Faruqi & Faruqi, LLP. We are well aware that Faruqi & Faruqi, LLP is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Faruqi & Faruqi, LLP will vigorously prosecute these Actions in a cost-effective manner and in the best interests of all members of the putative Class.

22. It is our goal to resolve these Actions in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Faruqi & Faruqi, LLP, we will ensure that the Actions are prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Faruqi & Faruqi, LLP to prosecute the Actions in such a way to achieve a fair result for all members of the Class.

23. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute these Actions. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigations.

24. We have also directed counsel to keep us informed of any developments in the Actions-including any developments in the Lead Plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of these Actions for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of these Actions.

25. We, Christopher R. Sheppard and Brian Weatherford, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings and motions in these Actions. Our main goal is obtaining the largest recovery possible for the Class.

I, Christopher R. Sheppard, declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/05/2026

Christopher R. Sheppard
Christopher R. Sheppard (Oct 5, 2026 19:55:09 MDT)

Christopher R. Sheppard

I, Brian Weatherford, declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/05/2026

Brian Weatherford
Brian Weatherford (Oct 5, 2026 21:35:43 EDT)

Brian Weatherford