# EXHIBIT F

WBENC
WOMEN'S BUSINESS ENTERPRISE NATIONAL COUNCIL
JOIN FORCES. SUCCEED TOGETHER.

hereby grants

# National Women's Business Enterprise Certification

to

## Faruqi & Faruqi, LLP

who has successfully met WBENC's standards as a Women's Business Enterprise (WBE).
This certification affirms the business is woman-owned, operated and controlled and is valid through the date herein.

WBENC National WBE Certification was processed and validated by Women's Business Enterprise Council Metro NY, a WBENC Regional Partner Organization.

Certification Granted: December 7, 2020
Expiration Date: December 7, 2026
WBENC National Certification Number: WBE2003076

Phala Mire, President & CEO Women's Business Enterprise Council Metro NY

WBEC METRO NY
WOMEN'S BUSINESS ENTERPRISE CENTER
JOIN FORCES. SUCCEED TOGETHER.

NAICS: 541110, 541199
UNSPSC: 80120000, 80121600, 80121700, 80121704, 80121706

Center for Women & Enterprise | Great Lakes Women's Business Council | Greater Women's Business Council | Women's Business Council Southwest | WBDC Ignites Business Growth | WBEC Greater DMV | WBEA | WBEC East | WBEC Florida | WBEC ORV | WBEC Pacific | WBEC South | WBEC West