**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS |

**NOTICE OF MOTION OF DOUGLAS DOW FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Douglas Dow ("Dow"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Dow as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Datavault AI Inc. securities between September 4, 2024 and August 18, 2026, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel for the Class.

Dated: October 5, 2026

Respectfully submitted,

DONOVAN LITIGATION GROUP, LLC

*s/ Michael D. Donovan*
Michael D. Donovan (SBN 51895)
1885 Swedesford Road
Malvern, PA 19355
Telephone: (610) 647-6067
mdonovan@donovanlitigationgroup.com

*Liaison Counsel for Douglas Dow*

POMERANTZ LLP
Jeremy A. Lieberman*
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein*
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484

Facsimile: (212) 697-7296

*Counsel for Douglas Dow and Proposed Co-Lead Counsel for the Class*

**Pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants. The foregoing is available for viewing and downloading from the CM/ECF system.

Dated: October 5, 2026

*s/ Michael D. Donovan*
Michael D. Donovan (SBN 51895)