**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF DOUGLAS DOW FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am Managing Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Douglas Dow ("Dow"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Dow's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz and Bronstein, Gewirtz & Grossman, LLC ("BG&G") as Co-Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Chart setting forth Dow's financial interest in this litigation;

Exhibit B: Press release published via *ACCESS Newswire* on August 5, 2026, announcing the pendency of the first-filed of the Related Actions;

Exhibit C: Shareholder Certification executed by Dow;

Exhibit D: Declaration executed by Dow;

Exhibit E: Firm resume of Pomerantz; and

Exhibit F: Firm resume of BG&G.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 5, 2026.

*s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants. The foregoing is available for viewing and downloading from the CM/ECF system.

Dated: October 5, 2026

*s/ Michael D. Donovan*
Michael D. Donovan