# EXHIBIT A

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 9/16/2025 | 2,500 | $0.3505 | ($876) | 9/16/2025 | (3,000) | $0.3602 | $1,081 | | | | |
| Douglas Dow | 9/16/2025 | 500 | $0.3631 | ($182) | 9/16/2025 | (4,000) | $0.3591 | $1,436 | | | | |
| Douglas Dow | 9/16/2025 | 6,000 | $0.3640 | ($2,184) | 9/16/2025 | (3,001) | $0.3523 | $1,057 | | | | |
| Douglas Dow | 9/16/2025 | 1,000 | $0.3642 | ($364) | 9/18/2025 | (4,750) | $0.4026 | $1,912 | | | | |
| Douglas Dow | 9/16/2025 | 1 | $0.3638 | ($0) | 9/18/2025 | (250) | $0.4026 | $101 | | | | |
| Douglas Dow | 9/18/2025 | 2,500 | $0.4000 | ($1,000) | 10/14/2025 | (15,000) | $1.8400 | $27,600 | | | | |
| Douglas Dow | 9/18/2025 | 2,500 | $0.4110 | ($1,028) | 10/14/2025 | (10,000) | $1.8400 | $18,400 | | | | |
| Douglas Dow | 10/14/2025 | 7,500 | $1.7799 | ($13,349) | 10/14/2025 | (8,000) | $1.8100 | $14,480 | | | | |
| Douglas Dow | 10/14/2025 | 10,000 | $1.8100 | ($18,100) | 10/14/2025 | (600) | $1.8100 | $1,086 | | | | |
| Douglas Dow | 10/14/2025 | 2,500 | $1.8100 | ($4,525) | 10/14/2025 | (10,001) | $1.9400 | $19,402 | | | | |
| Douglas Dow | 10/14/2025 | 10,000 | $1.7800 | ($17,800) | 10/14/2025 | (3,000) | $1.9700 | $5,910 | | | | |
| Douglas Dow | 10/14/2025 | 4,936 | $1.7700 | ($8,737) | 10/14/2025 | (1,500) | $1.9600 | $2,940 | | | | |
| Douglas Dow | 10/14/2025 | 500 | $1.7700 | ($885) | 10/14/2025 | (1,000) | $1.9600 | $1,960 | | | | |
| Douglas Dow | 10/14/2025 | 1,665 | $1.7500 | ($2,914) | 10/14/2025 | (500) | $1.9400 | $970 | | | | |
| Douglas Dow | 10/14/2025 | 1,000 | $1.7200 | ($1,720) | 10/14/2025 | (2,500) | $1.9200 | $4,800 | | | | |
| Douglas Dow | 10/14/2025 | 3,000 | $1.7100 | ($5,130) | 10/14/2025 | (2,500) | $2.1200 | $5,300 | | | | |
| Douglas Dow | 10/14/2025 | 2,500 | $1.7000 | ($4,250) | 10/14/2025 | (5,000) | $2.1100 | $10,550 | | | | |
| Douglas Dow | 10/14/2025 | 3,000 | $1.9900 | ($5,970) | 10/14/2025 | (2,000) | $2.1100 | $4,220 | | | | |
| Douglas Dow | 10/14/2025 | 1 | $1.9000 | ($2) | 10/14/2025 | (501) | $2.0950 | $1,050 | | | | |
| Douglas Dow | 10/14/2025 | 2,500 | $1.9799 | ($4,950) | 10/15/2025 | (3,364) | $2.2500 | $7,569 | | | | |
| Douglas Dow | 10/14/2025 | 500 | $1.9700 | ($985) | 10/15/2025 | (5,000) | $2.2800 | $11,400 | | | | |
| Douglas Dow | 10/14/2025 | 1,000 | $1.9900 | ($1,990) | 10/17/2025 | (2,500) | $1.7800 | $4,450 | | | | |
| Douglas Dow | 10/14/2025 | 500 | $1.9800 | ($990) | 10/17/2025 | (1,000) | $1.8600 | $1,860 | | | | |
| Douglas Dow | 10/14/2025 | 500 | $1.9600 | ($980) | 10/17/2025 | (3,000) | $1.8500 | $5,550 | | | | |
| Douglas Dow | 10/14/2025 | 500 | $1.9500 | ($975) | 10/17/2025 | (1,000) | $1.8215 | $1,822 | | | | |
| Douglas Dow | 10/14/2025 | 5,000 | $2.0900 | ($10,450) | 10/20/2025 | (6,000) | $2.0403 | $12,242 | | | | |
| Douglas Dow | 10/14/2025 | 5,000 | $2.1000 | ($10,500) | 10/20/2025 | (1,000) | $2.0805 | $2,081 | | | | |
| Douglas Dow | 10/15/2025 | 15,000 | $2.3300 | ($34,950) | 10/20/2025 | (1,000) | $2.0813 | $2,081 | | | | |
| Douglas Dow | 10/15/2025 | 1,500 | $2.2900 | ($3,435) | 10/20/2025 | (1,000) | $2.0805 | $2,081 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.3000 | ($2,300) | 10/20/2025 | (1,050) | $2.0800 | $2,184 | | | | |
| Douglas Dow | 10/15/2025 | 2,500 | $2.3600 | ($5,900) | 10/20/2025 | (1,000) | $2.2000 | $2,200 | | | | |
| Douglas Dow | 10/15/2025 | 132 | $2.3600 | ($312) | 10/20/2025 | (3,000) | $2.2215 | $6,665 | | | | |
| Douglas Dow | 10/15/2025 | 2,185 | $2.3700 | ($5,178) | 10/20/2025 | (2,000) | $2.3150 | $4,630 | | | | |
| Douglas Dow | 10/15/2025 | 2,500 | $2.3700 | ($5,925) | 10/20/2025 | (2,500) | $2.3500 | $5,875 | | | | |
| Douglas Dow | 10/15/2025 | 2,000 | $2.3800 | ($4,760) | 10/20/2025 | (2,500) | $2.3830 | $5,958 | | | | |
| Douglas Dow | 10/15/2025 | 4,500 | $2.3800 | ($10,710) | 10/20/2025 | (1,000) | $2.2550 | $2,255 | | | | |
| Douglas Dow | 10/15/2025 | 2,000 | $2.3600 | ($4,720) | 10/20/2025 | (5,000) | $2.3700 | $11,850 | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 10/15/2025 | 1,000 | $2.3500 | ($2,350) | 10/20/2025 | (4,000) | $2.4055 | $9,622 | | | | |
| Douglas Dow | 10/15/2025 | 2,500 | $2.3500 | ($5,875) | 10/20/2025 | (2,500) | $2.3500 | $5,875 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.3400 | ($2,340) | 10/20/2025 | (2,500) | $2.3800 | $5,950 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.3300 | ($2,330) | 10/21/2025 | (5,000) | $2.3513 | $11,757 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.3400 | ($2,340) | 10/21/2025 | (1,000) | $2.4213 | $2,421 | | | | |
| Douglas Dow | 10/15/2025 | 2,500 | $2.3300 | ($5,825) | 10/21/2025 | (1,500) | $2.4201 | $3,630 | | | | |
| Douglas Dow | 10/15/2025 | 1,700 | $2.3300 | ($3,961) | 10/21/2025 | (2,000) | $2.4200 | $4,840 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.3300 | ($2,330) | 10/21/2025 | (1,500) | $2.4013 | $3,602 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.2298 | ($2,230) | 10/21/2025 | (4,000) | $2.3505 | $9,402 | | | | |
| Douglas Dow | 10/15/2025 | 5,000 | $2.2000 | ($11,000) | 10/21/2025 | (5,000) | $2.2813 | $11,407 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.1800 | ($2,180) | 10/21/2025 | (2,500) | $2.2900 | $5,725 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.1600 | ($2,160) | 10/21/2025 | (2,000) | $2.3113 | $4,623 | | | | |
| Douglas Dow | 10/15/2025 | 1,500 | $2.1600 | ($3,240) | 10/21/2025 | (100) | $2.3200 | $232 | | | | |
| Douglas Dow | 10/15/2025 | 500 | $2.1900 | ($1,095) | 10/21/2025 | (400) | $2.2200 | $888 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.1900 | ($2,190) | 10/21/2025 | (6) | $2.2510 | $14 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.1700 | ($2,170) | 10/21/2025 | (10,000) | $2.6050 | $26,050 | | | | |
| Douglas Dow | 10/15/2025 | 1,000 | $2.1800 | ($2,180) | 10/21/2025 | (60) | $2.6000 | $156 | | | | |
| Douglas Dow | 10/15/2025 | 2,500 | $2.1700 | ($5,425) | 10/21/2025 | (5,000) | $2.6300 | $13,150 | | | | |
| Douglas Dow | 10/15/2025 | 2,500 | $2.1700 | ($5,425) | 10/21/2025 | (4,940) | $2.5600 | $12,646 | | | | |
| Douglas Dow | 10/15/2025 | 320 | $2.1400 | ($685) | 10/21/2025 | (2,000) | $2.4500 | $4,900 | | | | |
| Douglas Dow | 10/15/2025 | 26 | $2.1500 | ($56) | 10/24/2025 | (10,000) | $3.2045 | $32,045 | | | | |
| Douglas Dow | 10/15/2025 | 2 | $2.1500 | ($4) | 10/27/2025 | (1,500) | $3.4500 | $5,175 | | | | |
| Douglas Dow | 10/16/2025 | 1,000 | $2.0300 | ($2,030) | 10/27/2025 | (5,000) | $3.4500 | $17,250 | | | | |
| Douglas Dow | 10/16/2025 | 110 | $2.0300 | ($223) | 10/27/2025 | (5,000) | $3.4016 | $17,008 | | | | |
| Douglas Dow | 10/16/2025 | 100 | $1.9700 | ($197) | 10/27/2025 | (10,000) | $3.4000 | $34,000 | | | | |
| Douglas Dow | 10/16/2025 | 100 | $1.9700 | ($197) | 10/27/2025 | (5,000) | $3.3301 | $16,651 | | | | |
| Douglas Dow | 10/16/2025 | 1,000 | $1.9700 | ($1,970) | 10/27/2025 | (10,000) | $3.3300 | $33,300 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.9700 | ($985) | 10/27/2025 | (10,000) | $3.3301 | $33,301 | | | | |
| Douglas Dow | 10/16/2025 | 200 | $1.9700 | ($394) | 11/3/2025 | (1,000) | $2.0743 | $2,074 | | | | |
| Douglas Dow | 10/16/2025 | 200 | $1.9600 | ($392) | 11/3/2025 | (400) | $2.0600 | $824 | | | | |
| Douglas Dow | 10/16/2025 | 300 | $1.9700 | ($591) | 11/3/2025 | (200) | $2.2300 | $446 | | | | |
| Douglas Dow | 10/16/2025 | 1,000 | $1.8900 | ($1,890) | 11/3/2025 | (1,000) | $1.9400 | $1,940 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.8900 | ($945) | 11/3/2025 | (6,000) | $1.8700 | $11,220 | | | | |
| Douglas Dow | 10/16/2025 | 1,000 | $1.8900 | ($1,890) | 11/3/2025 | (5,000) | $1.8700 | $9,350 | | | | |
| Douglas Dow | 10/16/2025 | 1,000 | $1.8700 | ($1,870) | 11/3/2025 | (10,000) | $1.8600 | $18,600 | | | | |
| Douglas Dow | 10/16/2025 | 100 | $1.8900 | ($189) | 11/3/2025 | (5,000) | $1.8700 | $9,350 | | | | |
| Douglas Dow | 10/16/2025 | 566 | $1.8700 | ($1,058) | 11/5/2025 | (203) | $1.6300 | $331 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.8500 | ($925) | 11/5/2025 | (200) | $1.6500 | $330 | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 10/16/2025 | 500 | $1.8600 | ($930) | 11/5/2025 | (350) | $1.6500 | $578 | | | | |
| Douglas Dow | 10/16/2025 | 200 | $1.8500 | ($370) | 11/5/2025 | (1,330) | $1.6300 | $2,168 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.8500 | ($925) | 11/5/2025 | (600) | $1.6500 | $990 | | | | |
| Douglas Dow | 10/16/2025 | 600 | $1.8500 | ($1,110) | 11/6/2025 | (1,000) | $1.4700 | $1,470 | | | | |
| Douglas Dow | 10/16/2025 | 100 | $1.9300 | ($193) | 11/6/2025 | (1,000) | $1.4700 | $1,470 | | | | |
| Douglas Dow | 10/16/2025 | 100 | $1.9100 | ($191) | 11/6/2025 | (1,000) | $1.5000 | $1,500 | | | | |
| Douglas Dow | 10/16/2025 | 200 | $1.8500 | ($370) | 11/6/2025 | (1,000) | $1.4438 | $1,444 | | | | |
| Douglas Dow | 10/16/2025 | 28 | $1.8500 | ($52) | 11/6/2025 | (1,000) | $1.4500 | $1,450 | | | | |
| Douglas Dow | 10/16/2025 | 302 | $1.8095 | ($546) | 11/6/2025 | (1,000) | $1.3700 | $1,370 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.8000 | ($900) | 11/6/2025 | (1,220) | $1.3601 | $1,659 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.7900 | ($895) | 11/7/2025 | (1,000) | $1.1900 | $1,190 | | | | |
| Douglas Dow | 10/16/2025 | 500 | $1.7900 | ($895) | 11/7/2025 | (500) | $1.3600 | $680 | | | | |
| Douglas Dow | 10/16/2025 | 300 | $1.7900 | ($537) | 11/7/2025 | (200) | $1.4000 | $280 | | | | |
| Douglas Dow | 10/17/2025 | 70 | $1.8200 | ($127) | 11/7/2025 | (2,000) | $1.4050 | $2,810 | | | | |
| Douglas Dow | 10/17/2025 | 900 | $1.7500 | ($1,575) | 11/13/2025 | (4,000) | $1.5000 | $6,000 | | | | |
| Douglas Dow | 10/17/2025 | 80 | $1.7800 | ($142) | 11/14/2025 | (2,000) | $1.7000 | $3,400 | | | | |
| Douglas Dow | 10/21/2025 | 10,000 | $2.5479 | ($25,479) | 11/14/2025 | (1,000) | $1.7500 | $1,750 | | | | |
| Douglas Dow | 10/21/2025 | 3,548 | $2.6399 | ($9,366) | 11/17/2025 | (1,000) | $1.8101 | $1,810 | | | | |
| Douglas Dow | 10/21/2025 | 6,452 | $2.6400 | ($17,033) | 11/17/2025 | (1,000) | $1.8111 | $1,811 | | | | |
| Douglas Dow | 10/21/2025 | 5,000 | $2.4800 | ($12,400) | 11/17/2025 | (1,000) | $1.8011 | $1,801 | | | | |
| Douglas Dow | 10/21/2025 | 770 | $2.4700 | ($1,902) | 11/17/2025 | (1,000) | $1.7500 | $1,750 | | | | |
| Douglas Dow | 10/21/2025 | 5,000 | $2.3800 | ($11,900) | 11/17/2025 | (1,000) | $1.6700 | $1,670 | | | | |
| Douglas Dow | 10/21/2025 | 306 | $2.3400 | ($716) | 11/17/2025 | (2,500) | $2.1500 | $5,375 | | | | |
| Douglas Dow | 10/21/2025 | 6 | $2.3400 | ($14) | 11/19/2025 | (1,204) | $1.5900 | $1,914 | | | | |
| Douglas Dow | 10/21/2025 | 4 | $2.3250 | ($9) | 11/19/2025 | (2,000) | $1.5600 | $3,120 | | | | |
| Douglas Dow | 10/21/2025 | 2,700 | $2.3400 | ($6,318) | 11/19/2025 | (1,000) | $1.5008 | $1,501 | | | | |
| Douglas Dow | 10/22/2025 | 9,810 | $2.4899 | ($24,426) | 11/19/2025 | (1,000) | $1.5000 | $1,500 | | | | |
| Douglas Dow | 10/22/2025 | 20,190 | $2.5300 | ($51,081) | 11/19/2025 | (1,000) | $1.5115 | $1,512 | | | | |
| Douglas Dow | 10/22/2025 | 2,000 | $2.5200 | ($5,040) | 11/19/2025 | (1,000) | $1.5100 | $1,510 | | | | |
| Douglas Dow | 10/22/2025 | 5,000 | $2.5000 | ($12,500) | 11/20/2025 | (7) | $1.9300 | $14 | | | | |
| Douglas Dow | 10/22/2025 | 913 | $2.4700 | ($2,255) | 11/20/2025 | (152) | $1.9300 | $293 | | | | |
| Douglas Dow | 10/22/2025 | 1,000 | $2.4799 | ($2,480) | 11/21/2025 | (8,342) | $2.0300 | $16,934 | | | | |
| Douglas Dow | 10/22/2025 | 1,087 | $2.4790 | ($2,695) | 11/28/2025 | (1) | $2.1200 | $2 | | | | |
| Douglas Dow | 10/22/2025 | 1,000 | $2.4700 | ($2,470) | 12/3/2025 | (5) | $1.8800 | $9 | | | | |
| Douglas Dow | 10/22/2025 | 5,000 | $2.4600 | ($12,300) | 12/3/2025 | (8,953) | $1.7800 | $15,936 | | | | |
| Douglas Dow | 10/22/2025 | 2,000 | $2.4600 | ($4,920) | 12/4/2025 | (1,300) | $1.8500 | $2,405 | | | | |
| Douglas Dow | 10/22/2025 | 1,000 | $2.4698 | ($2,470) | 12/4/2025 | (348) | $1.8200 | $633 | | | | |
| Douglas Dow | 10/22/2025 | 700 | $2.4594 | ($1,722) | 12/4/2025 | (2,000) | $1.8200 | $3,640 | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 10/22/2025 | 50 | $2.4500 | ($123) | 12/15/2025 | (2,000) | $1.3200 | $2,640 | | | | |
| Douglas Dow | 10/22/2025 | 10 | $2.3700 | ($24) | 12/15/2025 | (1,000) | $1.3255 | $1,326 | | | | |
| Douglas Dow | 10/27/2025 | 100 | $3.4300 | ($343) | 12/16/2025 | (1,000) | $1.2700 | $1,270 | | | | |
| Douglas Dow | 10/27/2025 | 8 | $3.4000 | ($27) | 12/16/2025 | (6,750) | $1.3816 | $9,326 | | | | |
| Douglas Dow | 10/28/2025 | 345 | $3.5000 | ($1,208) | 12/18/2025 | (1,000) | $1.1403 | $1,140 | | | | |
| Douglas Dow | 10/28/2025 | 577 | $3.4800 | ($2,008) | 12/19/2025 | (1,000) | $1.1500 | $1,150 | | | | |
| Douglas Dow | 10/28/2025 | 3,924 | $3.5000 | ($13,734) | 12/22/2025 | (2,000) | $1.2003 | $2,401 | | | | |
| Douglas Dow | 10/28/2025 | 1,500 | $3.5100 | ($5,265) | 12/22/2025 | (500) | $1.2200 | $610 | | | | |
| Douglas Dow | 10/28/2025 | 10,000 | $3.5298 | ($35,298) | 12/22/2025 | (500) | $1.1700 | $585 | | | | |
| Douglas Dow | 10/28/2025 | 12,500 | $3.6643 | ($45,804) | 12/22/2025 | (1,000) | $1.1700 | $1,170 | | | | |
| Douglas Dow | 10/28/2025 | 3,000 | $3.6500 | ($10,950) | 12/24/2025 | (3,000) | $0.7952 | $2,386 | | | | |
| Douglas Dow | 10/28/2025 | 4,000 | $3.6700 | ($14,680) | 12/24/2025 | (3,250) | $0.7901 | $2,568 | | | | |
| Douglas Dow | 10/28/2025 | 2,000 | $3.6500 | ($7,300) | 12/24/2025 | (5,000) | $0.7982 | $3,991 | | | | |
| Douglas Dow | 10/28/2025 | 2,000 | $3.5500 | ($7,100) | 12/24/2025 | (1,230) | $0.7956 | $979 | | | | |
| Douglas Dow | 10/28/2025 | 7,500 | $3.5000 | ($26,250) | 12/24/2025 | (3,000) | $0.7980 | $2,394 | | | | |
| Douglas Dow | 10/28/2025 | 400 | $3.5000 | ($1,400) | 12/24/2025 | (4,000) | $0.7461 | $2,984 | | | | |
| Douglas Dow | 10/28/2025 | 6 | $3.4900 | ($21) | 12/24/2025 | (700) | $0.7417 | $519 | | | | |
| Douglas Dow | 10/28/2025 | 3,000 | $3.4900 | ($10,470) | 12/29/2025 | (17) | $0.7376 | $13 | | | | |
| Douglas Dow | 10/28/2025 | 250 | $2.9952 | ($749) | 12/29/2025 | (1,000) | $0.7342 | $734 | | | | |
| Douglas Dow | 10/28/2025 | 100 | $2.9900 | ($299) | 12/29/2025 | (1,000) | $0.7350 | $735 | | | | |
| Douglas Dow | 10/28/2025 | 50 | $2.9956 | ($150) | 12/29/2025 | (801) | $0.7321 | $586 | | | | |
| Douglas Dow | 10/28/2025 | 30 | $2.9850 | ($90) | 12/29/2025 | (1,000) | $0.7400 | $740 | | | | |
| Douglas Dow | 10/28/2025 | 10 | $2.9894 | ($30) | 12/30/2025 | (1,000) | $0.6481 | $648 | | | | |
| Douglas Dow | 10/29/2025 | 300 | $3.0994 | ($930) | 12/30/2025 | (600) | $0.6469 | $388 | | | | |
| Douglas Dow | 10/29/2025 | 300 | $3.0900 | ($927) | 12/30/2025 | (2,000) | $0.6481 | $1,296 | | | | |
| Douglas Dow | 10/29/2025 | 10 | $3.0800 | ($31) | 12/30/2025 | (2,000) | $0.5307 | $1,061 | | | | |
| Douglas Dow | 10/29/2025 | 6 | $3.0800 | ($18) | 12/30/2025 | (2,200) | $0.5114 | $1,125 | | | | |
| Douglas Dow | 10/31/2025 | 1,000 | $2.6200 | ($2,620) | 1/5/2026 | (3,000) | $1.3100 | $3,930 | | | | |
| Douglas Dow | 10/31/2025 | 100 | $2.6300 | ($263) | 1/6/2026 | (1,000) | $1.4000 | $1,400 | | | | |
| Douglas Dow | 10/31/2025 | 500 | $2.6300 | ($1,315) | 1/6/2026 | (1,000) | $1.3700 | $1,370 | | | | |
| Douglas Dow | 10/31/2025 | 30 | $2.6400 | ($79) | 1/6/2026 | (464) | $1.3700 | $636 | | | | |
| Douglas Dow | 11/3/2025 | 10 | $2.2500 | ($23) | 1/6/2026 | (1,000) | $1.3700 | $1,370 | | | | |
| Douglas Dow | 11/3/2025 | 2 | $2.2500 | ($5) | 1/6/2026 | (100) | $1.3600 | $136 | | | | |
| Douglas Dow | 11/4/2025 | 5,000 | $1.8287 | ($9,144) | 1/6/2026 | (5,000) | $1.3524 | $6,762 | | | | |
| Douglas Dow | 11/4/2025 | 1,000 | $1.8100 | ($1,810) | 1/6/2026 | (1,000) | $1.3200 | $1,320 | | | | |
| Douglas Dow | 11/4/2025 | 1,000 | $1.8100 | ($1,810) | 1/6/2026 | (5,700) | $1.3033 | $7,429 | | | | |
| Douglas Dow | 11/4/2025 | 5,000 | $1.8100 | ($9,050) | 1/6/2026 | (5) | $1.3100 | $7 | | | | |
| Douglas Dow | 11/4/2025 | 1,000 | $1.8000 | ($1,800) | 1/6/2026 | (5) | $1.3001 | $7 | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 11/4/2025 | 500 | $1.7900 | ($895) | 1/6/2026 | (5,000) | $1.2600 | $6,300 | | | | |
| Douglas Dow | 11/4/2025 | 1,000 | $1.7900 | ($1,790) | 1/6/2026 | (2,500) | $1.2800 | $3,200 | | | | |
| Douglas Dow | 11/4/2025 | 2,000 | $1.7987 | ($3,597) | 1/6/2026 | (2,500) | $1.2800 | $3,200 | | | | |
| Douglas Dow | 11/4/2025 | 2,500 | $1.7900 | ($4,475) | 1/16/2026 | (2,000) | $0.7412 | $1,482 | | | | |
| Douglas Dow | 11/4/2025 | 2,500 | $1.7600 | ($4,400) | 1/16/2026 | (500) | $0.7372 | $369 | | | | |
| Douglas Dow | 11/4/2025 | 1,300 | $1.7600 | ($2,288) | 3/18/2026 | (40,000) | $0.9500 | $38,000 | | | | |
| Douglas Dow | 11/4/2025 | 50 | $1.7900 | ($90) | 3/18/2026 | (2,222) | $0.9200 | $2,044 | | | | |
| Douglas Dow | 11/4/2025 | 1,000 | $1.7900 | ($1,790) | 3/18/2026 | (2,500) | $0.9233 | $2,308 | | | | |
| Douglas Dow | 11/4/2025 | 300 | $1.7700 | ($531) | 3/18/2026 | (825) | $0.9300 | $767 | | | | |
| Douglas Dow | 11/4/2025 | 1,400 | $1.7500 | ($2,450) | 3/18/2026 | (1,675) | $0.9200 | $1,541 | | | | |
| Douglas Dow | 11/4/2025 | 500 | $1.7100 | ($855) | 3/18/2026 | (10) | $0.9200 | $9 | | | | |
| Douglas Dow | 11/4/2025 | 236 | $1.7000 | ($401) | 3/18/2026 | (1,000) | $0.9312 | $931 | | | | |
| Douglas Dow | 11/4/2025 | 153 | $1.7500 | ($268) | 3/18/2026 | (1,000) | $0.9363 | $936 | | | | |
| Douglas Dow | 11/4/2025 | 111 | $1.7500 | ($194) | 3/18/2026 | (1,000) | $0.9301 | $930 | | | | |
| Douglas Dow | 11/4/2025 | 500 | $1.7300 | ($865) | 3/18/2026 | (1,000) | $0.9301 | $930 | | | | |
| Douglas Dow | 11/4/2025 | 500 | $1.7300 | ($865) | 3/18/2026 | (1,000) | $0.9303 | $930 | | | | |
| Douglas Dow | 11/4/2025 | 500 | $1.7200 | ($860) | 3/19/2026 | (101) | $0.8520 | $86 | | | | |
| Douglas Dow | 11/4/2025 | 100 | $1.7100 | ($171) | 3/19/2026 | (1,000) | $0.7900 | $790 | | | | |
| Douglas Dow | 11/5/2025 | 480 | $1.6600 | ($797) | 3/19/2026 | (1,000) | $0.7727 | $773 | | | | |
| Douglas Dow | 11/5/2025 | 2 | $1.6300 | ($3) | 3/19/2026 | (1,000) | $0.7892 | $789 | | | | |
| Douglas Dow | 11/5/2025 | 120 | $1.6352 | ($196) | 3/19/2026 | (500) | $0.7892 | $395 | | | | |
| Douglas Dow | 11/5/2025 | 3 | $1.6300 | ($5) | 3/19/2026 | (1,000) | $0.7930 | $793 | | | | |
| Douglas Dow | 11/6/2025 | 1,000 | $1.6197 | ($1,620) | 3/23/2026 | (933) | $0.6755 | $630 | | | | |
| Douglas Dow | 11/6/2025 | 500 | $1.6100 | ($805) | 3/23/2026 | (10,567) | $0.6700 | $7,080 | | | | |
| Douglas Dow | 11/6/2025 | 200 | $1.6100 | ($322) | | | | | | | | |
| Douglas Dow | 11/6/2025 | 100 | $1.5700 | ($157) | | | | | | | | |
| Douglas Dow | 11/6/2025 | 100 | $1.4900 | ($149) | | | | | | | | |
| Douglas Dow | 11/6/2025 | 100 | $1.5000 | ($150) | | | | | | | | |
| Douglas Dow | 11/6/2025 | 100 | $1.4900 | ($149) | | | | | | | | |
| Douglas Dow | 11/6/2025 | 50 | $1.4600 | ($73) | | | | | | | | |
| Douglas Dow | 11/7/2025 | 3,000 | $1.2700 | ($3,810) | | | | | | | | |
| Douglas Dow | 11/7/2025 | 1,000 | $1.2800 | ($1,280) | | | | | | | | |
| Douglas Dow | 11/7/2025 | 500 | $1.2500 | ($625) | | | | | | | | |
| Douglas Dow | 11/7/2025 | 200 | $1.1800 | ($236) | | | | | | | | |
| Douglas Dow | 11/7/2025 | 770 | $1.4000 | ($1,078) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 200 | $1.7300 | ($346) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 200 | $1.7191 | ($344) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 300 | $1.6600 | ($498) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 11/11/2025 | 200 | $1.6500 | ($330) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 300 | $1.6500 | ($495) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 30 | $1.6800 | ($50) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 500 | $1.6400 | ($820) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 100 | $1.6300 | ($163) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 170 | $1.6900 | ($287) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 100 | $1.5700 | ($157) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 30 | $1.5600 | ($47) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 35 | $1.5600 | ($55) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 35 | $1.5600 | ($55) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 100 | $1.5300 | ($153) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 100 | $1.4900 | ($149) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 300 | $1.4500 | ($435) | | | | | | | | |
| Douglas Dow | 11/11/2025 | 280 | $1.4700 | ($412) | | | | | | | | |
| Douglas Dow | 11/12/2025 | 200 | $1.5400 | ($308) | | | | | | | | |
| Douglas Dow | 11/12/2025 | 50 | $1.5300 | ($77) | | | | | | | | |
| Douglas Dow | 11/12/2025 | 8 | $1.5000 | ($12) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 1,000 | $1.4380 | ($1,438) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 500 | $1.4300 | ($715) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 500 | $1.4300 | ($715) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.4200 | ($355) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.4100 | ($353) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.4100 | ($353) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.4000 | ($350) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.4000 | ($350) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.3900 | ($348) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.3791 | ($345) | | | | | | | | |
| Douglas Dow | 11/14/2025 | 250 | $1.3600 | ($340) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 250 | $1.7300 | ($433) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 125 | $1.7100 | ($214) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 100 | $1.6500 | ($165) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 200 | $1.6450 | ($329) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 1,400 | $1.8500 | ($2,590) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 1,000 | $1.8600 | ($1,860) | | | | | | | | |
| Douglas Dow | 11/17/2025 | 1,000 | $1.8500 | ($1,850) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 500 | $1.8100 | ($905) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 360 | $1.8000 | ($648) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 300 | $1.7900 | ($537) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 11/18/2025 | 125 | $1.7900 | ($224) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 112 | $1.7600 | ($197) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 1,500 | $1.7500 | ($2,625) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 750 | $1.7500 | ($1,313) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 514 | $1.7500 | ($900) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 250 | $1.7300 | ($433) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 6 | $1.7400 | ($10) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 1,575 | $1.7500 | ($2,756) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 100 | $1.7400 | ($174) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 70 | $1.7400 | ($122) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 5 | $1.7400 | ($9) | | | | | | | | |
| Douglas Dow | 11/18/2025 | 1,000 | $1.7500 | ($1,750) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 700 | $1.7575 | ($1,230) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 700 | $1.7571 | ($1,230) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 20 | $1.7599 | ($35) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 38 | $1.7700 | ($67) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 6,000 | $1.6399 | ($9,839) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 6 | $1.6100 | ($10) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 30 | $1.6178 | ($49) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 30 | $1.6167 | ($49) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 30 | $1.5900 | ($48) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 4 | $1.6000 | ($6) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 80 | $1.6000 | ($128) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 20 | $1.6200 | ($32) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 500 | $1.6200 | ($810) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 300 | $1.6100 | ($483) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 80 | $1.6000 | ($128) | | | | | | | | |
| Douglas Dow | 11/19/2025 | 10 | $1.6052 | ($16) | | | | | | | | |
| Douglas Dow | 11/20/2025 | 400 | $1.6900 | ($676) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 2,500 | $2.9048 | ($7,262) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 1,500 | $2.8300 | ($4,245) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 1,000 | $2.8300 | ($2,830) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 500 | $2.7800 | ($1,390) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 1,000 | $2.7800 | ($2,780) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 500 | $2.7600 | ($1,380) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 500 | $2.7700 | ($1,385) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 101 | $2.7600 | ($279) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 500 | $2.7500 | ($1,375) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 11/24/2025 | 200 | $2.5350 | ($507) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 432 | $2.5900 | ($1,119) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 100 | $2.5800 | ($258) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 14 | $2.5350 | ($35) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 100 | $2.4700 | ($247) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 10 | $2.4800 | ($25) | | | | | | | | |
| Douglas Dow | 11/24/2025 | 2 | $2.4100 | ($5) | | | | | | | | |
| Douglas Dow | 12/1/2025 | 1 | $1.9000 | ($2) | | | | | | | | |
| Douglas Dow | 12/3/2025 | 148 | $1.7500 | ($259) | | | | | | | | |
| Douglas Dow | 12/5/2025 | 200 | $1.7400 | ($348) | | | | | | | | |
| Douglas Dow | 12/5/2025 | 289 | $1.7500 | ($506) | | | | | | | | |
| Douglas Dow | 12/5/2025 | 11 | $1.7400 | ($19) | | | | | | | | |
| Douglas Dow | 12/5/2025 | 500 | $1.7400 | ($870) | | | | | | | | |
| Douglas Dow | 12/5/2025 | 500 | $1.7098 | ($855) | | | | | | | | |
| Douglas Dow | 12/8/2025 | 1,000 | $1.6000 | ($1,600) | | | | | | | | |
| Douglas Dow | 12/8/2025 | 500 | $1.6000 | ($800) | | | | | | | | |
| Douglas Dow | 12/8/2025 | 500 | $1.5900 | ($795) | | | | | | | | |
| Douglas Dow | 12/8/2025 | 1,000 | $1.5800 | ($1,580) | | | | | | | | |
| Douglas Dow | 12/8/2025 | 1,000 | $1.5800 | ($1,580) | | | | | | | | |
| Douglas Dow | 12/9/2025 | 1,500 | $1.5000 | ($2,250) | | | | | | | | |
| Douglas Dow | 12/9/2025 | 100 | $1.5800 | ($158) | | | | | | | | |
| Douglas Dow | 12/10/2025 | 400 | $1.4900 | ($596) | | | | | | | | |
| Douglas Dow | 12/10/2025 | 100 | $1.4900 | ($149) | | | | | | | | |
| Douglas Dow | 12/10/2025 | 200 | $1.4500 | ($290) | | | | | | | | |
| Douglas Dow | 12/10/2025 | 400 | $1.4500 | ($580) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 50 | $1.4300 | ($72) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 50 | $1.4200 | ($71) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 100 | $1.4000 | ($140) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 100 | $1.4200 | ($142) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 700 | $1.3800 | ($966) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 100 | $1.4300 | ($143) | | | | | | | | |
| Douglas Dow | 12/11/2025 | 50 | $1.4300 | ($72) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 1,500 | $1.3500 | ($2,025) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 250 | $1.3100 | ($328) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 400 | $1.3100 | ($524) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 500 | $1.3000 | ($650) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 500 | $1.2900 | ($645) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 500 | $1.2900 | ($645) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 12/15/2025 | 500 | $1.2900 | ($645) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 300 | $1.2600 | ($378) | | | | | | | | |
| Douglas Dow | 12/15/2025 | 450 | $1.2500 | ($563) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 1,000 | $1.3850 | ($1,385) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 500 | $1.3900 | ($695) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 1,000 | $1.3900 | ($1,390) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 500 | $1.3300 | ($665) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 100 | $1.3200 | ($132) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 400 | $1.2900 | ($516) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 500 | $1.2900 | ($645) | | | | | | | | |
| Douglas Dow | 12/17/2025 | 500 | $1.2800 | ($640) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 1,000 | $1.3000 | ($1,300) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3400 | ($670) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3400 | ($670) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3100 | ($655) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3500 | ($675) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3400 | ($670) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3250 | ($663) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3200 | ($660) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 31 | $1.3100 | ($41) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 469 | $1.3200 | ($619) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3100 | ($655) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.3000 | ($650) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 500 | $1.2800 | ($640) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 100 | $1.2600 | ($126) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 1,000 | $1.2200 | ($1,220) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 900 | $1.2100 | ($1,089) | | | | | | | | |
| Douglas Dow | 12/18/2025 | 1,000 | $1.0998 | ($1,100) | | | | | | | | |
| Douglas Dow | 12/19/2025 | 1,000 | $1.0457 | ($1,046) | | | | | | | | |
| Douglas Dow | 12/19/2025 | 1,000 | $1.0450 | ($1,045) | | | | | | | | |
| Douglas Dow | 12/19/2025 | 1,000 | $1.0400 | ($1,040) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0900 | ($109) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0800 | ($108) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0700 | ($107) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0599 | ($106) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0400 | ($104) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0500 | ($105) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0500 | ($105) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 12/22/2025 | 100 | $1.0500 | ($105) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0400 | ($104) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0400 | ($104) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0300 | ($103) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 10 | $1.0100 | ($10) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 10 | $1.0000 | ($10) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0000 | ($100) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0000 | ($100) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $1.0000 | ($100) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9900 | ($99) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9900 | ($99) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9880 | ($99) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9600 | ($96) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9600 | ($96) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9500 | ($95) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 80 | $0.9500 | ($76) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 46 | $0.9499 | ($44) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 100 | $0.9400 | ($94) | | | | | | | | |
| Douglas Dow | 12/22/2025 | 3 | $0.9400 | ($3) | | | | | | | | |
| Douglas Dow | 12/23/2025 | 500 | $0.9340 | ($467) | | | | | | | | |
| Douglas Dow | 12/23/2025 | 76 | $0.9489 | ($72) | | | | | | | | |
| Douglas Dow | 12/23/2025 | 5 | $0.9479 | ($5) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 200 | $0.8245 | ($165) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 200 | $0.8245 | ($165) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.8244 | ($82) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 200 | $0.8272 | ($165) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 200 | $0.8200 | ($164) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 10 | $0.8250 | ($8) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 5 | $0.8294 | ($4) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 2 | $0.8294 | ($2) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 190 | $0.8287 | ($157) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 9 | $0.7810 | ($7) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 1 | $0.7689 | ($1) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.7941 | ($79) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.7941 | ($79) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.7941 | ($79) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.7939 | ($79) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.7941 | ($79) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 12/24/2025 | 53 | $0.7941 | ($42) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 250 | $0.7941 | ($199) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 250 | $0.7944 | ($199) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 250 | $0.7899 | ($197) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 1,000 | $0.7954 | ($795) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 100 | $0.7988 | ($80) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 1,000 | $0.7987 | ($799) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 10 | $0.7988 | ($8) | | | | | | | | |
| Douglas Dow | 12/24/2025 | 120 | $0.7955 | ($95) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 3,000 | $0.7974 | ($2,392) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 100 | $0.7863 | ($79) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 10 | $0.7863 | ($8) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 51 | $0.7863 | ($40) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 1,000 | $0.8050 | ($805) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 1,000 | $0.8050 | ($805) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 949 | $0.7988 | ($758) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 1,000 | $0.7955 | ($796) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 222 | $0.7900 | ($175) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 500 | $0.7688 | ($384) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 1,000 | $0.7500 | ($750) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 200 | $0.7300 | ($146) | | | | | | | | |
| Douglas Dow | 12/26/2025 | 3,000 | $0.7421 | ($2,226) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 2,000 | $0.7403 | ($1,481) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 1,000 | $0.7439 | ($744) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 500 | $0.7392 | ($370) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 500 | $0.7300 | ($365) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 250 | $0.7099 | ($177) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 200 | $0.6974 | ($139) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 200 | $0.7000 | ($140) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 500 | $0.6900 | ($345) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 334 | $0.6800 | ($227) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 12 | $0.6775 | ($8) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 100 | $0.6700 | ($67) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 400 | $0.6700 | ($268) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 500 | $0.6800 | ($340) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 100 | $0.6700 | ($67) | | | | | | | | |
| Douglas Dow | 12/29/2025 | 600 | $0.6700 | ($402) | | | | | | | | |
| Douglas Dow | 12/30/2025 | 1,000 | $0.5642 | ($564) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 12/30/2025 | 1,000 | $0.5555 | ($556) | | | | | | | | |
| Douglas Dow | 12/30/2025 | 200 | $0.5355 | ($107) | | | | | | | | |
| Douglas Dow | 12/30/2025 | 1,000 | $0.5163 | ($516) | | | | | | | | |
| Douglas Dow | 12/30/2025 | 1,000 | $0.5164 | ($516) | | | | | | | | |
| Douglas Dow | 1/2/2026 | 1,000 | $0.7499 | ($750) | | | | | | | | |
| Douglas Dow | 1/2/2026 | 1,000 | $0.7833 | ($783) | | | | | | | | |
| Douglas Dow | 1/5/2026 | 1,000 | $1.2600 | ($1,260) | | | | | | | | |
| Douglas Dow | 1/5/2026 | 1,000 | $1.3600 | ($1,360) | | | | | | | | |
| Douglas Dow | 1/5/2026 | 1,000 | $1.3500 | ($1,350) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 1,000 | $1.3500 | ($1,350) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 1,000 | $1.3400 | ($1,340) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 1,000 | $1.3200 | ($1,320) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 130 | $1.3599 | ($177) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 100 | $1.3200 | ($132) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 34 | $1.3100 | ($45) | | | | | | | | |
| Douglas Dow | 1/6/2026 | 10 | $1.3000 | ($13) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.2500 | ($1,250) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.2600 | ($1,260) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.2600 | ($1,260) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 2,000 | $1.2500 | ($2,500) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1900 | ($1,190) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 2,000 | $1.1900 | ($2,380) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 2,000 | $1.2500 | ($2,500) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 3,000 | $1.1900 | ($3,570) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 2,000 | $1.1900 | ($2,380) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1400 | ($1,140) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1500 | ($1,150) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1800 | ($1,180) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1899 | ($1,190) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1800 | ($1,180) | | | | | | | | |
| Douglas Dow | 1/7/2026 | 1,000 | $1.1800 | ($1,180) | | | | | | | | |
| Douglas Dow | 1/13/2026 | 1,000 | $0.8500 | ($850) | | | | | | | | |
| Douglas Dow | 1/16/2026 | 500 | $0.7444 | ($372) | | | | | | | | |
| Douglas Dow | 1/20/2026 | 1,000 | $0.7006 | ($701) | | | | | | | | |
| Douglas Dow | 1/27/2026 | 1,000 | $0.7000 | ($700) | | | | | | | | |
| Douglas Dow | 1/27/2026 | 1,000 | $0.7000 | ($700) | | | | | | | | |
| Douglas Dow | 2/5/2026 | 1,000 | $0.6480 | ($648) | | | | | | | | |
| Douglas Dow | 2/5/2026 | 1,000 | $0.6450 | ($645) | | | | | | | | |

*Avg Closing Prices from August 19, 2026 to October 2, 2026

**Datavault AI Inc. (DVLT)**
**Class Period: September 4, 2024 to August 18, 2026**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Funds Expended | 10/31/2025 Shares Retained | 47-Days* Mean Price $0.2184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Dow | 2/11/2026 | 1,222 | $0.7200 | ($880) | | | | | | | | |
| Douglas Dow | 2/20/2026 | 444 | $0.7400 | ($329) | | | | | | | | |
| Douglas Dow | 3/6/2026 | 334 | $0.7200 | ($240) | | | | | | | | |
| Douglas Dow | 3/6/2026 | 222 | $0.6971 | ($155) | | | | | | | | |
| Douglas Dow | 3/19/2026 | 1,000 | $0.7000 | ($700) | | | | | | | | |
| **Douglas Dow** | | **465,193** | | **($931,627)** | | **(465,193)** | | **$836,784** | **($94,844)** | **58,593** | **$0** | **($94,844)** |

*Avg Closing Prices from August 19, 2026 to October 2, 2026