# EXHIBIT C

**CERTIFICATION PURSUANT**
**TO FEDERAL SECURITIES LAWS**

1. I, Douglas Dow, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Datavault AI Inc. ("Datavault") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Datavault securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Datavault securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of my transactions in Datavault securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

**Executed** July 21, 2026
**(Date)**

Signed by:

E19D927C710C43B...
**(Signature)**

**Douglas Dow**
**(Type or Print Name)**

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 9/16/2025 | 2,500 | $0.3505 |
| Purchase/Acquisition | 9/16/2025 | 500 | $0.3631 |
| Purchase/Acquisition | 9/16/2025 | 6,000 | $0.3640 |
| Purchase/Acquisition | 9/16/2025 | 1,000 | $0.3642 |
| Purchase/Acquisition | 9/16/2025 | 1 | $0.3638 |
| Purchase/Acquisition | 9/18/2025 | 2,500 | $0.4000 |
| Purchase/Acquisition | 9/18/2025 | 2,500 | $0.4110 |
| Purchase/Acquisition | 10/14/2025 | 7,500 | $1.7799 |
| Purchase/Acquisition | 10/14/2025 | 10,000 | $1.8100 |
| Purchase/Acquisition | 10/14/2025 | 2,500 | $1.8100 |
| Purchase/Acquisition | 10/14/2025 | 10,000 | $1.7800 |
| Purchase/Acquisition | 10/14/2025 | 4,936 | $1.7700 |
| Purchase/Acquisition | 10/14/2025 | 500 | $1.7700 |
| Purchase/Acquisition | 10/14/2025 | 1,665 | $1.7500 |
| Purchase/Acquisition | 10/14/2025 | 1,000 | $1.7200 |
| Purchase/Acquisition | 10/14/2025 | 3,000 | $1.7100 |
| Purchase/Acquisition | 10/14/2025 | 2,500 | $1.7000 |
| Purchase/Acquisition | 10/14/2025 | 3,000 | $1.9900 |
| Purchase/Acquisition | 10/14/2025 | 1 | $1.9000 |
| Purchase/Acquisition | 10/14/2025 | 2,500 | $1.9799 |
| Purchase/Acquisition | 10/14/2025 | 500 | $1.9700 |
| Purchase/Acquisition | 10/14/2025 | 1,000 | $1.9900 |
| Purchase/Acquisition | 10/14/2025 | 500 | $1.9800 |
| Purchase/Acquisition | 10/14/2025 | 500 | $1.9600 |
| Purchase/Acquisition | 10/14/2025 | 500 | $1.9500 |
| Purchase/Acquisition | 10/14/2025 | 5,000 | $2.0900 |
| Purchase/Acquisition | 10/14/2025 | 5,000 | $2.1000 |
| Purchase/Acquisition | 10/15/2025 | 15,000 | $2.3300 |
| Purchase/Acquisition | 10/15/2025 | 1,500 | $2.2900 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.3000 |
| Purchase/Acquisition | 10/15/2025 | 2,500 | $2.3600 |
| Purchase/Acquisition | 10/15/2025 | 132 | $2.3600 |
| Purchase/Acquisition | 10/15/2025 | 2,185 | $2.3700 |
| Purchase/Acquisition | 10/15/2025 | 2,500 | $2.3700 |
| Purchase/Acquisition | 10/15/2025 | 2,000 | $2.3800 |
| Purchase/Acquisition | 10/15/2025 | 4,500 | $2.3800 |
| Purchase/Acquisition | 10/15/2025 | 2,000 | $2.3600 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.3500 |
| Purchase/Acquisition | 10/15/2025 | 2,500 | $2.3500 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.3400 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.3300 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.3400 |
| Purchase/Acquisition | 10/15/2025 | 2,500 | $2.3300 |
| Purchase/Acquisition | 10/15/2025 | 1,700 | $2.3300 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.3300 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.2298 |
| Purchase/Acquisition | 10/15/2025 | 5,000 | $2.2000 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.1800 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.1600 |
| Purchase/Acquisition | 10/15/2025 | 1,500 | $2.1600 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 10/15/2025 | 500 | $2.1900 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.1900 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.1700 |
| Purchase/Acquisition | 10/15/2025 | 1,000 | $2.1800 |
| Purchase/Acquisition | 10/15/2025 | 2,500 | $2.1700 |
| Purchase/Acquisition | 10/15/2025 | 2,500 | $2.1700 |
| Purchase/Acquisition | 10/15/2025 | 320 | $2.1400 |
| Purchase/Acquisition | 10/15/2025 | 26 | $2.1500 |
| Purchase/Acquisition | 10/15/2025 | 2 | $2.1500 |
| Purchase/Acquisition | 10/16/2025 | 1,000 | $2.0300 |
| Purchase/Acquisition | 10/16/2025 | 110 | $2.0300 |
| Purchase/Acquisition | 10/16/2025 | 100 | $1.9700 |
| Purchase/Acquisition | 10/16/2025 | 100 | $1.9700 |
| Purchase/Acquisition | 10/16/2025 | 1,000 | $1.9700 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.9700 |
| Purchase/Acquisition | 10/16/2025 | 200 | $1.9700 |
| Purchase/Acquisition | 10/16/2025 | 200 | $1.9600 |
| Purchase/Acquisition | 10/16/2025 | 300 | $1.9700 |
| Purchase/Acquisition | 10/16/2025 | 1,000 | $1.8900 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.8900 |
| Purchase/Acquisition | 10/16/2025 | 1,000 | $1.8900 |
| Purchase/Acquisition | 10/16/2025 | 1,000 | $1.8700 |
| Purchase/Acquisition | 10/16/2025 | 100 | $1.8900 |
| Purchase/Acquisition | 10/16/2025 | 566 | $1.8700 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.8500 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.8600 |
| Purchase/Acquisition | 10/16/2025 | 200 | $1.8500 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.8500 |
| Purchase/Acquisition | 10/16/2025 | 600 | $1.8500 |
| Purchase/Acquisition | 10/16/2025 | 100 | $1.9300 |
| Purchase/Acquisition | 10/16/2025 | 100 | $1.9100 |
| Purchase/Acquisition | 10/16/2025 | 200 | $1.8500 |
| Purchase/Acquisition | 10/16/2025 | 28 | $1.8500 |
| Purchase/Acquisition | 10/16/2025 | 302 | $1.8095 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.8000 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.7900 |
| Purchase/Acquisition | 10/16/2025 | 500 | $1.7900 |
| Purchase/Acquisition | 10/16/2025 | 300 | $1.7900 |
| Purchase/Acquisition | 10/17/2025 | 70 | $1.8200 |
| Purchase/Acquisition | 10/17/2025 | 900 | $1.7500 |
| Purchase/Acquisition | 10/17/2025 | 80 | $1.7800 |
| Purchase/Acquisition | 10/21/2025 | 10,000 | $2.5479 |
| Purchase/Acquisition | 10/21/2025 | 3,548 | $2.6399 |
| Purchase/Acquisition | 10/21/2025 | 6,452 | $2.6400 |
| Purchase/Acquisition | 10/21/2025 | 5,000 | $2.4800 |
| Purchase/Acquisition | 10/21/2025 | 770 | $2.4700 |
| Purchase/Acquisition | 10/21/2025 | 5,000 | $2.3800 |
| Purchase/Acquisition | 10/21/2025 | 306 | $2.3400 |
| Purchase/Acquisition | 10/21/2025 | 6 | $2.3400 |
| Purchase/Acquisition | 10/21/2025 | 4 | $2.3250 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 10/21/2025 | 2,700 | $2.3400 |
| Purchase/Acquisition | 10/22/2025 | 9,810 | $2.4899 |
| Purchase/Acquisition | 10/22/2025 | 20,190 | $2.5300 |
| Purchase/Acquisition | 10/22/2025 | 2,000 | $2.5200 |
| Purchase/Acquisition | 10/22/2025 | 5,000 | $2.5000 |
| Purchase/Acquisition | 10/22/2025 | 913 | $2.4700 |
| Purchase/Acquisition | 10/22/2025 | 1,000 | $2.4799 |
| Purchase/Acquisition | 10/22/2025 | 1,087 | $2.4790 |
| Purchase/Acquisition | 10/22/2025 | 1,000 | $2.4700 |
| Purchase/Acquisition | 10/22/2025 | 5,000 | $2.4600 |
| Purchase/Acquisition | 10/22/2025 | 2,000 | $2.4600 |
| Purchase/Acquisition | 10/22/2025 | 1,000 | $2.4698 |
| Purchase/Acquisition | 10/22/2025 | 700 | $2.4594 |
| Purchase/Acquisition | 10/22/2025 | 50 | $2.4500 |
| Purchase/Acquisition | 10/22/2025 | 10 | $2.3700 |
| Purchase/Acquisition | 10/27/2025 | 100 | $3.4300 |
| Purchase/Acquisition | 10/27/2025 | 8 | $3.4000 |
| Purchase/Acquisition | 10/28/2025 | 345 | $3.5000 |
| Purchase/Acquisition | 10/28/2025 | 577 | $3.4800 |
| Purchase/Acquisition | 10/28/2025 | 3,924 | $3.5000 |
| Purchase/Acquisition | 10/28/2025 | 1,500 | $3.5100 |
| Purchase/Acquisition | 10/28/2025 | 10,000 | $3.5298 |
| Purchase/Acquisition | 10/28/2025 | 12,500 | $3.6643 |
| Purchase/Acquisition | 10/28/2025 | 3,000 | $3.6500 |
| Purchase/Acquisition | 10/28/2025 | 4,000 | $3.6700 |
| Purchase/Acquisition | 10/28/2025 | 2,000 | $3.6500 |
| Purchase/Acquisition | 10/28/2025 | 2,000 | $3.5500 |
| Purchase/Acquisition | 10/28/2025 | 7,500 | $3.5000 |
| Purchase/Acquisition | 10/28/2025 | 400 | $3.5000 |
| Purchase/Acquisition | 10/28/2025 | 6 | $3.4900 |
| Purchase/Acquisition | 10/28/2025 | 3,000 | $3.4900 |
| Purchase/Acquisition | 10/28/2025 | 250 | $2.9952 |
| Purchase/Acquisition | 10/28/2025 | 100 | $2.9900 |
| Purchase/Acquisition | 10/28/2025 | 50 | $2.9956 |
| Purchase/Acquisition | 10/28/2025 | 30 | $2.9850 |
| Purchase/Acquisition | 10/28/2025 | 10 | $2.9894 |
| Purchase/Acquisition | 10/29/2025 | 300 | $3.0994 |
| Purchase/Acquisition | 10/29/2025 | 300 | $3.0900 |
| Purchase/Acquisition | 10/29/2025 | 10 | $3.0800 |
| Purchase/Acquisition | 10/29/2025 | 6 | $3.0800 |
| Purchase/Acquisition | 10/31/2025 | 1,000 | $2.6200 |
| Purchase/Acquisition | 10/31/2025 | 100 | $2.6300 |
| Purchase/Acquisition | 10/31/2025 | 500 | $2.6300 |
| Purchase/Acquisition | 10/31/2025 | 30 | $2.6400 |
| Purchase/Acquisition | 11/3/2025 | 10 | $2.2500 |
| Purchase/Acquisition | 11/3/2025 | 2 | $2.2500 |
| Purchase/Acquisition | 11/4/2025 | 5,000 | $1.8287 |
| Purchase/Acquisition | 11/4/2025 | 1,000 | $1.8100 |
| Purchase/Acquisition | 11/4/2025 | 1,000 | $1.8100 |
| Purchase/Acquisition | 11/4/2025 | 5,000 | $1.8100 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 11/4/2025 | 1,000 | $1.8000 |
| Purchase/Acquisition | 11/4/2025 | 500 | $1.7900 |
| Purchase/Acquisition | 11/4/2025 | 1,000 | $1.7900 |
| Purchase/Acquisition | 11/4/2025 | 2,000 | $1.7987 |
| Purchase/Acquisition | 11/4/2025 | 2,500 | $1.7900 |
| Purchase/Acquisition | 11/4/2025 | 2,500 | $1.7600 |
| Purchase/Acquisition | 11/4/2025 | 1,300 | $1.7600 |
| Purchase/Acquisition | 11/4/2025 | 50 | $1.7900 |
| Purchase/Acquisition | 11/4/2025 | 1,000 | $1.7900 |
| Purchase/Acquisition | 11/4/2025 | 300 | $1.7700 |
| Purchase/Acquisition | 11/4/2025 | 1,400 | $1.7500 |
| Purchase/Acquisition | 11/4/2025 | 500 | $1.7100 |
| Purchase/Acquisition | 11/4/2025 | 236 | $1.7000 |
| Purchase/Acquisition | 11/4/2025 | 153 | $1.7500 |
| Purchase/Acquisition | 11/4/2025 | 111 | $1.7500 |
| Purchase/Acquisition | 11/4/2025 | 500 | $1.7300 |
| Purchase/Acquisition | 11/4/2025 | 500 | $1.7300 |
| Purchase/Acquisition | 11/4/2025 | 500 | $1.7200 |
| Purchase/Acquisition | 11/4/2025 | 100 | $1.7100 |
| Purchase/Acquisition | 11/5/2025 | 480 | $1.6600 |
| Purchase/Acquisition | 11/5/2025 | 2 | $1.6300 |
| Purchase/Acquisition | 11/5/2025 | 120 | $1.6352 |
| Purchase/Acquisition | 11/5/2025 | 3 | $1.6300 |
| Purchase/Acquisition | 11/6/2025 | 1,000 | $1.6197 |
| Purchase/Acquisition | 11/6/2025 | 500 | $1.6100 |
| Purchase/Acquisition | 11/6/2025 | 200 | $1.6100 |
| Purchase/Acquisition | 11/6/2025 | 100 | $1.5700 |
| Purchase/Acquisition | 11/6/2025 | 100 | $1.4900 |
| Purchase/Acquisition | 11/6/2025 | 100 | $1.5000 |
| Purchase/Acquisition | 11/6/2025 | 100 | $1.4900 |
| Purchase/Acquisition | 11/6/2025 | 50 | $1.4600 |
| Purchase/Acquisition | 11/7/2025 | 3,000 | $1.2700 |
| Purchase/Acquisition | 11/7/2025 | 1,000 | $1.2800 |
| Purchase/Acquisition | 11/7/2025 | 500 | $1.2500 |
| Purchase/Acquisition | 11/7/2025 | 200 | $1.1800 |
| Purchase/Acquisition | 11/7/2025 | 770 | $1.4000 |
| Purchase/Acquisition | 11/11/2025 | 200 | $1.7300 |
| Purchase/Acquisition | 11/11/2025 | 200 | $1.7191 |
| Purchase/Acquisition | 11/11/2025 | 300 | $1.6600 |
| Purchase/Acquisition | 11/11/2025 | 200 | $1.6500 |
| Purchase/Acquisition | 11/11/2025 | 300 | $1.6500 |
| Purchase/Acquisition | 11/11/2025 | 30 | $1.6800 |
| Purchase/Acquisition | 11/11/2025 | 500 | $1.6400 |
| Purchase/Acquisition | 11/11/2025 | 100 | $1.6300 |
| Purchase/Acquisition | 11/11/2025 | 170 | $1.6900 |
| Purchase/Acquisition | 11/11/2025 | 100 | $1.5700 |
| Purchase/Acquisition | 11/11/2025 | 30 | $1.5600 |
| Purchase/Acquisition | 11/11/2025 | 35 | $1.5600 |
| Purchase/Acquisition | 11/11/2025 | 35 | $1.5600 |
| Purchase/Acquisition | 11/11/2025 | 100 | $1.5300 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 11/11/2025 | 100 | $1.4900 |
| Purchase/Acquisition | 11/11/2025 | 300 | $1.4500 |
| Purchase/Acquisition | 11/11/2025 | 280 | $1.4700 |
| Purchase/Acquisition | 11/12/2025 | 200 | $1.5400 |
| Purchase/Acquisition | 11/12/2025 | 50 | $1.5300 |
| Purchase/Acquisition | 11/12/2025 | 8 | $1.5000 |
| Purchase/Acquisition | 11/14/2025 | 1,000 | $1.4380 |
| Purchase/Acquisition | 11/14/2025 | 500 | $1.4300 |
| Purchase/Acquisition | 11/14/2025 | 500 | $1.4300 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.4200 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.4100 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.4100 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.4000 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.4000 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.3900 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.3791 |
| Purchase/Acquisition | 11/14/2025 | 250 | $1.3600 |
| Purchase/Acquisition | 11/17/2025 | 250 | $1.7300 |
| Purchase/Acquisition | 11/17/2025 | 125 | $1.7100 |
| Purchase/Acquisition | 11/17/2025 | 100 | $1.6500 |
| Purchase/Acquisition | 11/17/2025 | 200 | $1.6450 |
| Purchase/Acquisition | 11/17/2025 | 1,400 | $1.8500 |
| Purchase/Acquisition | 11/17/2025 | 1,000 | $1.8600 |
| Purchase/Acquisition | 11/17/2025 | 1,000 | $1.8500 |
| Purchase/Acquisition | 11/18/2025 | 500 | $1.8100 |
| Purchase/Acquisition | 11/18/2025 | 360 | $1.8000 |
| Purchase/Acquisition | 11/18/2025 | 300 | $1.7900 |
| Purchase/Acquisition | 11/18/2025 | 125 | $1.7900 |
| Purchase/Acquisition | 11/18/2025 | 112 | $1.7600 |
| Purchase/Acquisition | 11/18/2025 | 1,500 | $1.7500 |
| Purchase/Acquisition | 11/18/2025 | 750 | $1.7500 |
| Purchase/Acquisition | 11/18/2025 | 514 | $1.7500 |
| Purchase/Acquisition | 11/18/2025 | 250 | $1.7300 |
| Purchase/Acquisition | 11/18/2025 | 6 | $1.7400 |
| Purchase/Acquisition | 11/18/2025 | 1,575 | $1.7500 |
| Purchase/Acquisition | 11/18/2025 | 100 | $1.7400 |
| Purchase/Acquisition | 11/18/2025 | 70 | $1.7400 |
| Purchase/Acquisition | 11/18/2025 | 5 | $1.7400 |
| Purchase/Acquisition | 11/18/2025 | 1,000 | $1.7500 |
| Purchase/Acquisition | 11/19/2025 | 700 | $1.7575 |
| Purchase/Acquisition | 11/19/2025 | 700 | $1.7571 |
| Purchase/Acquisition | 11/19/2025 | 20 | $1.7599 |
| Purchase/Acquisition | 11/19/2025 | 38 | $1.7700 |
| Purchase/Acquisition | 11/19/2025 | 6,000 | $1.6399 |
| Purchase/Acquisition | 11/19/2025 | 6 | $1.6100 |
| Purchase/Acquisition | 11/19/2025 | 30 | $1.6178 |
| Purchase/Acquisition | 11/19/2025 | 30 | $1.6167 |
| Purchase/Acquisition | 11/19/2025 | 30 | $1.5900 |
| Purchase/Acquisition | 11/19/2025 | 4 | $1.6000 |
| Purchase/Acquisition | 11/19/2025 | 80 | $1.6000 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 11/19/2025 | 20 | $1.6200 |
| Purchase/Acquisition | 11/19/2025 | 500 | $1.6200 |
| Purchase/Acquisition | 11/19/2025 | 300 | $1.6100 |
| Purchase/Acquisition | 11/19/2025 | 80 | $1.6000 |
| Purchase/Acquisition | 11/19/2025 | 10 | $1.6052 |
| Purchase/Acquisition | 11/20/2025 | 400 | $1.6900 |
| Purchase/Acquisition | 11/24/2025 | 2,500 | $2.9048 |
| Purchase/Acquisition | 11/24/2025 | 1,500 | $2.8300 |
| Purchase/Acquisition | 11/24/2025 | 1,000 | $2.8300 |
| Purchase/Acquisition | 11/24/2025 | 500 | $2.7800 |
| Purchase/Acquisition | 11/24/2025 | 1,000 | $2.7800 |
| Purchase/Acquisition | 11/24/2025 | 500 | $2.7600 |
| Purchase/Acquisition | 11/24/2025 | 500 | $2.7700 |
| Purchase/Acquisition | 11/24/2025 | 101 | $2.7600 |
| Purchase/Acquisition | 11/24/2025 | 500 | $2.7500 |
| Purchase/Acquisition | 11/24/2025 | 200 | $2.5350 |
| Purchase/Acquisition | 11/24/2025 | 432 | $2.5900 |
| Purchase/Acquisition | 11/24/2025 | 100 | $2.5800 |
| Purchase/Acquisition | 11/24/2025 | 14 | $2.5350 |
| Purchase/Acquisition | 11/24/2025 | 100 | $2.4700 |
| Purchase/Acquisition | 11/24/2025 | 10 | $2.4800 |
| Purchase/Acquisition | 11/24/2025 | 2 | $2.4100 |
| Purchase/Acquisition | 12/1/2025 | 1 | $1.9000 |
| Purchase/Acquisition | 12/3/2025 | 148 | $1.7500 |
| Purchase/Acquisition | 12/5/2025 | 200 | $1.7400 |
| Purchase/Acquisition | 12/5/2025 | 289 | $1.7500 |
| Purchase/Acquisition | 12/5/2025 | 11 | $1.7400 |
| Purchase/Acquisition | 12/5/2025 | 500 | $1.7400 |
| Purchase/Acquisition | 12/5/2025 | 500 | $1.7098 |
| Purchase/Acquisition | 12/8/2025 | 1,000 | $1.6000 |
| Purchase/Acquisition | 12/8/2025 | 500 | $1.6000 |
| Purchase/Acquisition | 12/8/2025 | 500 | $1.5900 |
| Purchase/Acquisition | 12/8/2025 | 1,000 | $1.5800 |
| Purchase/Acquisition | 12/8/2025 | 1,000 | $1.5800 |
| Purchase/Acquisition | 12/9/2025 | 1,500 | $1.5000 |
| Purchase/Acquisition | 12/9/2025 | 100 | $1.5800 |
| Purchase/Acquisition | 12/10/2025 | 400 | $1.4900 |
| Purchase/Acquisition | 12/10/2025 | 100 | $1.4900 |
| Purchase/Acquisition | 12/10/2025 | 200 | $1.4500 |
| Purchase/Acquisition | 12/10/2025 | 400 | $1.4500 |
| Purchase/Acquisition | 12/11/2025 | 50 | $1.4300 |
| Purchase/Acquisition | 12/11/2025 | 50 | $1.4200 |
| Purchase/Acquisition | 12/11/2025 | 100 | $1.4000 |
| Purchase/Acquisition | 12/11/2025 | 100 | $1.4200 |
| Purchase/Acquisition | 12/11/2025 | 700 | $1.3800 |
| Purchase/Acquisition | 12/11/2025 | 100 | $1.4300 |
| Purchase/Acquisition | 12/11/2025 | 50 | $1.4300 |
| Purchase/Acquisition | 12/15/2025 | 1,500 | $1.3500 |
| Purchase/Acquisition | 12/15/2025 | 250 | $1.3100 |
| Purchase/Acquisition | 12/15/2025 | 400 | $1.3100 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/15/2025 | 500 | $1.3000 |
| Purchase/Acquisition | 12/15/2025 | 500 | $1.2900 |
| Purchase/Acquisition | 12/15/2025 | 500 | $1.2900 |
| Purchase/Acquisition | 12/15/2025 | 500 | $1.2900 |
| Purchase/Acquisition | 12/15/2025 | 300 | $1.2600 |
| Purchase/Acquisition | 12/15/2025 | 450 | $1.2500 |
| Purchase/Acquisition | 12/17/2025 | 1,000 | $1.3850 |
| Purchase/Acquisition | 12/17/2025 | 500 | $1.3900 |
| Purchase/Acquisition | 12/17/2025 | 1,000 | $1.3900 |
| Purchase/Acquisition | 12/17/2025 | 500 | $1.3300 |
| Purchase/Acquisition | 12/17/2025 | 100 | $1.3200 |
| Purchase/Acquisition | 12/17/2025 | 400 | $1.2900 |
| Purchase/Acquisition | 12/17/2025 | 500 | $1.2900 |
| Purchase/Acquisition | 12/17/2025 | 500 | $1.2800 |
| Purchase/Acquisition | 12/18/2025 | 1,000 | $1.3000 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3400 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3400 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3100 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3500 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3400 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3250 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3200 |
| Purchase/Acquisition | 12/18/2025 | 31 | $1.3100 |
| Purchase/Acquisition | 12/18/2025 | 469 | $1.3200 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3100 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.3000 |
| Purchase/Acquisition | 12/18/2025 | 500 | $1.2800 |
| Purchase/Acquisition | 12/18/2025 | 100 | $1.2600 |
| Purchase/Acquisition | 12/18/2025 | 1,000 | $1.2200 |
| Purchase/Acquisition | 12/18/2025 | 900 | $1.2100 |
| Purchase/Acquisition | 12/18/2025 | 1,000 | $1.0998 |
| Purchase/Acquisition | 12/19/2025 | 1,000 | $1.0457 |
| Purchase/Acquisition | 12/19/2025 | 1,000 | $1.0450 |
| Purchase/Acquisition | 12/19/2025 | 1,000 | $1.0400 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0900 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0800 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0700 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0599 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0400 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0500 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0500 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0500 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0400 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0400 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0300 |
| Purchase/Acquisition | 12/22/2025 | 10 | $1.0100 |
| Purchase/Acquisition | 12/22/2025 | 10 | $1.0000 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0000 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0000 |
| Purchase/Acquisition | 12/22/2025 | 100 | $1.0000 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9900 |
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9900 |
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9880 |
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9600 |
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9600 |
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9500 |
| Purchase/Acquisition | 12/22/2025 | 80 | $0.9500 |
| Purchase/Acquisition | 12/22/2025 | 46 | $0.9499 |
| Purchase/Acquisition | 12/22/2025 | 100 | $0.9400 |
| Purchase/Acquisition | 12/22/2025 | 3 | $0.9400 |
| Purchase/Acquisition | 12/23/2025 | 500 | $0.9340 |
| Purchase/Acquisition | 12/23/2025 | 76 | $0.9489 |
| Purchase/Acquisition | 12/23/2025 | 5 | $0.9479 |
| Purchase/Acquisition | 12/24/2025 | 200 | $0.8245 |
| Purchase/Acquisition | 12/24/2025 | 200 | $0.8245 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.8244 |
| Purchase/Acquisition | 12/24/2025 | 200 | $0.8272 |
| Purchase/Acquisition | 12/24/2025 | 200 | $0.8200 |
| Purchase/Acquisition | 12/24/2025 | 10 | $0.8250 |
| Purchase/Acquisition | 12/24/2025 | 5 | $0.8294 |
| Purchase/Acquisition | 12/24/2025 | 2 | $0.8294 |
| Purchase/Acquisition | 12/24/2025 | 190 | $0.8287 |
| Purchase/Acquisition | 12/24/2025 | 9 | $0.7810 |
| Purchase/Acquisition | 12/24/2025 | 1 | $0.7689 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.7941 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.7941 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.7941 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.7939 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.7941 |
| Purchase/Acquisition | 12/24/2025 | 53 | $0.7941 |
| Purchase/Acquisition | 12/24/2025 | 250 | $0.7941 |
| Purchase/Acquisition | 12/24/2025 | 250 | $0.7944 |
| Purchase/Acquisition | 12/24/2025 | 250 | $0.7899 |
| Purchase/Acquisition | 12/24/2025 | 1,000 | $0.7954 |
| Purchase/Acquisition | 12/24/2025 | 100 | $0.7988 |
| Purchase/Acquisition | 12/24/2025 | 1,000 | $0.7987 |
| Purchase/Acquisition | 12/24/2025 | 10 | $0.7988 |
| Purchase/Acquisition | 12/24/2025 | 120 | $0.7955 |
| Purchase/Acquisition | 12/26/2025 | 3,000 | $0.7974 |
| Purchase/Acquisition | 12/26/2025 | 100 | $0.7863 |
| Purchase/Acquisition | 12/26/2025 | 10 | $0.7863 |
| Purchase/Acquisition | 12/26/2025 | 51 | $0.7863 |
| Purchase/Acquisition | 12/26/2025 | 1,000 | $0.8050 |
| Purchase/Acquisition | 12/26/2025 | 1,000 | $0.8050 |
| Purchase/Acquisition | 12/26/2025 | 949 | $0.7988 |
| Purchase/Acquisition | 12/26/2025 | 1,000 | $0.7955 |
| Purchase/Acquisition | 12/26/2025 | 222 | $0.7900 |
| Purchase/Acquisition | 12/26/2025 | 500 | $0.7688 |
| Purchase/Acquisition | 12/26/2025 | 1,000 | $0.7500 |
| Purchase/Acquisition | 12/26/2025 | 200 | $0.7300 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/26/2025 | 3,000 | $0.7421 |
| Purchase/Acquisition | 12/29/2025 | 2,000 | $0.7403 |
| Purchase/Acquisition | 12/29/2025 | 1,000 | $0.7439 |
| Purchase/Acquisition | 12/29/2025 | 500 | $0.7392 |
| Purchase/Acquisition | 12/29/2025 | 500 | $0.7300 |
| Purchase/Acquisition | 12/29/2025 | 250 | $0.7099 |
| Purchase/Acquisition | 12/29/2025 | 200 | $0.6974 |
| Purchase/Acquisition | 12/29/2025 | 200 | $0.7000 |
| Purchase/Acquisition | 12/29/2025 | 500 | $0.6900 |
| Purchase/Acquisition | 12/29/2025 | 334 | $0.6800 |
| Purchase/Acquisition | 12/29/2025 | 12 | $0.6775 |
| Purchase/Acquisition | 12/29/2025 | 100 | $0.6700 |
| Purchase/Acquisition | 12/29/2025 | 400 | $0.6700 |
| Purchase/Acquisition | 12/29/2025 | 500 | $0.6800 |
| Purchase/Acquisition | 12/29/2025 | 100 | $0.6700 |
| Purchase/Acquisition | 12/29/2025 | 600 | $0.6700 |
| Purchase/Acquisition | 12/30/2025 | 1,000 | $0.5642 |
| Purchase/Acquisition | 12/30/2025 | 1,000 | $0.5555 |
| Purchase/Acquisition | 12/30/2025 | 200 | $0.5355 |
| Purchase/Acquisition | 12/30/2025 | 1,000 | $0.5163 |
| Purchase/Acquisition | 12/30/2025 | 1,000 | $0.5164 |
| Purchase/Acquisition | 1/2/2026 | 1,000 | $0.7499 |
| Purchase/Acquisition | 1/2/2026 | 1,000 | $0.7833 |
| Purchase/Acquisition | 1/5/2026 | 1,000 | $1.2600 |
| Purchase/Acquisition | 1/5/2026 | 1,000 | $1.3600 |
| Purchase/Acquisition | 1/5/2026 | 1,000 | $1.3500 |
| Purchase/Acquisition | 1/6/2026 | 1,000 | $1.3500 |
| Purchase/Acquisition | 1/6/2026 | 1,000 | $1.3400 |
| Purchase/Acquisition | 1/6/2026 | 1,000 | $1.3200 |
| Purchase/Acquisition | 1/6/2026 | 130 | $1.3599 |
| Purchase/Acquisition | 1/6/2026 | 100 | $1.3200 |
| Purchase/Acquisition | 1/6/2026 | 34 | $1.3100 |
| Purchase/Acquisition | 1/6/2026 | 10 | $1.3000 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.2500 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.2600 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.2600 |
| Purchase/Acquisition | 1/7/2026 | 2,000 | $1.2500 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1900 |
| Purchase/Acquisition | 1/7/2026 | 2,000 | $1.1900 |
| Purchase/Acquisition | 1/7/2026 | 2,000 | $1.2500 |
| Purchase/Acquisition | 1/7/2026 | 3,000 | $1.1900 |
| Purchase/Acquisition | 1/7/2026 | 2,000 | $1.1900 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1400 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1500 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1800 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1899 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1800 |
| Purchase/Acquisition | 1/7/2026 | 1,000 | $1.1800 |
| Purchase/Acquisition | 1/13/2026 | 1,000 | $0.8500 |
| Purchase/Acquisition | 1/16/2026 | 500 | $0.7444 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 1/20/2026 | 1,000 | $0.7006 |
| Purchase/Acquisition | 1/27/2026 | 1,000 | $0.7000 |
| Purchase/Acquisition | 1/27/2026 | 1,000 | $0.7000 |
| Purchase/Acquisition | 2/5/2026 | 1,000 | $0.6480 |
| Purchase/Acquisition | 2/5/2026 | 1,000 | $0.6450 |
| Purchase/Acquisition | 2/11/2026 | 1,222 | $0.7200 |
| Purchase/Acquisition | 2/20/2026 | 444 | $0.7400 |
| Purchase/Acquisition | 3/6/2026 | 334 | $0.7200 |
| Purchase/Acquisition | 3/6/2026 | 222 | $0.6971 |
| Purchase/Acquisition | 3/19/2026 | 1,000 | $0.7000 |
| Sale | 9/16/2025 | (3,000) | $0.3602 |
| Sale | 9/16/2025 | (4,000) | $0.3591 |
| Sale | 9/16/2025 | (3,001) | $0.3523 |
| Sale | 9/18/2025 | (4,750) | $0.4026 |
| Sale | 9/18/2025 | (250) | $0.4026 |
| Sale | 10/14/2025 | (15,000) | $1.8400 |
| Sale | 10/14/2025 | (10,000) | $1.8400 |
| Sale | 10/14/2025 | (8,000) | $1.8100 |
| Sale | 10/14/2025 | (600) | $1.8100 |
| Sale | 10/14/2025 | (10,001) | $1.9400 |
| Sale | 10/14/2025 | (3,000) | $1.9700 |
| Sale | 10/14/2025 | (1,500) | $1.9600 |
| Sale | 10/14/2025 | (1,000) | $1.9600 |
| Sale | 10/14/2025 | (500) | $1.9400 |
| Sale | 10/14/2025 | (2,500) | $1.9200 |
| Sale | 10/14/2025 | (2,500) | $2.1200 |
| Sale | 10/14/2025 | (5,000) | $2.1100 |
| Sale | 10/14/2025 | (2,000) | $2.1100 |
| Sale | 10/14/2025 | (501) | $2.0950 |
| Sale | 10/15/2025 | (3,364) | $2.2500 |
| Sale | 10/15/2025 | (5,000) | $2.2800 |
| Sale | 10/17/2025 | (2,500) | $1.7800 |
| Sale | 10/17/2025 | (1,000) | $1.8600 |
| Sale | 10/17/2025 | (3,000) | $1.8500 |
| Sale | 10/17/2025 | (1,000) | $1.8215 |
| Sale | 10/20/2025 | (6,000) | $2.0403 |
| Sale | 10/20/2025 | (1,000) | $2.0805 |
| Sale | 10/20/2025 | (1,000) | $2.0813 |
| Sale | 10/20/2025 | (1,000) | $2.0805 |
| Sale | 10/20/2025 | (1,050) | $2.0800 |
| Sale | 10/20/2025 | (1,000) | $2.2000 |
| Sale | 10/20/2025 | (3,000) | $2.2215 |
| Sale | 10/20/2025 | (2,000) | $2.3150 |
| Sale | 10/20/2025 | (2,500) | $2.3500 |
| Sale | 10/20/2025 | (2,500) | $2.3830 |
| Sale | 10/20/2025 | (1,000) | $2.2550 |
| Sale | 10/20/2025 | (5,000) | $2.3700 |
| Sale | 10/20/2025 | (4,000) | $2.4055 |
| Sale | 10/20/2025 | (2,500) | $2.3500 |
| Sale | 10/20/2025 | (2,500) | $2.3800 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 10/21/2025 | (5,000) | $2.3513 |
| Sale | 10/21/2025 | (1,000) | $2.4213 |
| Sale | 10/21/2025 | (1,500) | $2.4201 |
| Sale | 10/21/2025 | (2,000) | $2.4200 |
| Sale | 10/21/2025 | (1,500) | $2.4013 |
| Sale | 10/21/2025 | (4,000) | $2.3505 |
| Sale | 10/21/2025 | (5,000) | $2.2813 |
| Sale | 10/21/2025 | (2,500) | $2.2900 |
| Sale | 10/21/2025 | (2,000) | $2.3113 |
| Sale | 10/21/2025 | (100) | $2.3200 |
| Sale | 10/21/2025 | (400) | $2.2200 |
| Sale | 10/21/2025 | (6) | $2.2510 |
| Sale | 10/21/2025 | (10,000) | $2.6050 |
| Sale | 10/21/2025 | (60) | $2.6000 |
| Sale | 10/21/2025 | (5,000) | $2.6300 |
| Sale | 10/21/2025 | (4,940) | $2.5600 |
| Sale | 10/21/2025 | (2,000) | $2.4500 |
| Sale | 10/24/2025 | (10,000) | $3.2045 |
| Sale | 10/27/2025 | (1,500) | $3.4500 |
| Sale | 10/27/2025 | (5,000) | $3.4500 |
| Sale | 10/27/2025 | (5,000) | $3.4016 |
| Sale | 10/27/2025 | (10,000) | $3.4000 |
| Sale | 10/27/2025 | (5,000) | $3.3301 |
| Sale | 10/27/2025 | (10,000) | $3.3300 |
| Sale | 10/27/2025 | (10,000) | $3.3301 |
| Sale | 11/3/2025 | (1,000) | $2.0743 |
| Sale | 11/3/2025 | (400) | $2.0600 |
| Sale | 11/3/2025 | (200) | $2.2300 |
| Sale | 11/3/2025 | (1,000) | $1.9400 |
| Sale | 11/3/2025 | (6,000) | $1.8700 |
| Sale | 11/3/2025 | (5,000) | $1.8700 |
| Sale | 11/3/2025 | (10,000) | $1.8600 |
| Sale | 11/3/2025 | (5,000) | $1.8700 |
| Sale | 11/5/2025 | (203) | $1.6300 |
| Sale | 11/5/2025 | (200) | $1.6500 |
| Sale | 11/5/2025 | (350) | $1.6500 |
| Sale | 11/5/2025 | (1,330) | $1.6300 |
| Sale | 11/5/2025 | (600) | $1.6500 |
| Sale | 11/6/2025 | (1,000) | $1.4700 |
| Sale | 11/6/2025 | (1,000) | $1.4700 |
| Sale | 11/6/2025 | (1,000) | $1.5000 |
| Sale | 11/6/2025 | (1,000) | $1.4438 |
| Sale | 11/6/2025 | (1,000) | $1.4500 |
| Sale | 11/6/2025 | (1,000) | $1.3700 |
| Sale | 11/6/2025 | (1,220) | $1.3601 |
| Sale | 11/7/2025 | (1,000) | $1.1900 |
| Sale | 11/7/2025 | (500) | $1.3600 |
| Sale | 11/7/2025 | (200) | $1.4000 |
| Sale | 11/7/2025 | (2,000) | $1.4050 |
| Sale | 11/13/2025 | (4,000) | $1.5000 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 11/14/2025 | (2,000) | $1.7000 |
| Sale | 11/14/2025 | (1,000) | $1.7500 |
| Sale | 11/17/2025 | (1,000) | $1.8101 |
| Sale | 11/17/2025 | (1,000) | $1.8111 |
| Sale | 11/17/2025 | (1,000) | $1.8011 |
| Sale | 11/17/2025 | (1,000) | $1.7500 |
| Sale | 11/17/2025 | (1,000) | $1.6700 |
| Sale | 11/17/2025 | (2,500) | $2.1500 |
| Sale | 11/19/2025 | (1,204) | $1.5900 |
| Sale | 11/19/2025 | (2,000) | $1.5600 |
| Sale | 11/19/2025 | (1,000) | $1.5008 |
| Sale | 11/19/2025 | (1,000) | $1.5000 |
| Sale | 11/19/2025 | (1,000) | $1.5115 |
| Sale | 11/19/2025 | (1,000) | $1.5100 |
| Sale | 11/20/2025 | (7) | $1.9300 |
| Sale | 11/20/2025 | (152) | $1.9300 |
| Sale | 11/21/2025 | (8,342) | $2.0300 |
| Sale | 11/28/2025 | (1) | $2.1200 |
| Sale | 12/3/2025 | (5) | $1.8800 |
| Sale | 12/3/2025 | (8,953) | $1.7800 |
| Sale | 12/4/2025 | (1,300) | $1.8500 |
| Sale | 12/4/2025 | (348) | $1.8200 |
| Sale | 12/4/2025 | (2,000) | $1.8200 |
| Sale | 12/15/2025 | (2,000) | $1.3200 |
| Sale | 12/15/2025 | (1,000) | $1.3255 |
| Sale | 12/16/2025 | (1,000) | $1.2700 |
| Sale | 12/16/2025 | (6,750) | $1.3816 |
| Sale | 12/18/2025 | (1,000) | $1.1403 |
| Sale | 12/19/2025 | (1,000) | $1.1500 |
| Sale | 12/22/2025 | (2,000) | $1.2003 |
| Sale | 12/22/2025 | (500) | $1.2200 |
| Sale | 12/22/2025 | (500) | $1.1700 |
| Sale | 12/22/2025 | (1,000) | $1.1700 |
| Sale | 12/24/2025 | (3,000) | $0.7952 |
| Sale | 12/24/2025 | (3,250) | $0.7901 |
| Sale | 12/24/2025 | (5,000) | $0.7982 |
| Sale | 12/24/2025 | (1,230) | $0.7956 |
| Sale | 12/24/2025 | (3,000) | $0.7980 |
| Sale | 12/24/2025 | (4,000) | $0.7461 |
| Sale | 12/24/2025 | (700) | $0.7417 |
| Sale | 12/29/2025 | (17) | $0.7376 |
| Sale | 12/29/2025 | (1,000) | $0.7342 |
| Sale | 12/29/2025 | (1,000) | $0.7350 |
| Sale | 12/29/2025 | (801) | $0.7321 |
| Sale | 12/29/2025 | (1,000) | $0.7400 |
| Sale | 12/30/2025 | (1,000) | $0.6481 |
| Sale | 12/30/2025 | (600) | $0.6469 |
| Sale | 12/30/2025 | (2,000) | $0.6481 |
| Sale | 12/30/2025 | (2,000) | $0.5307 |
| Sale | 12/30/2025 | (2,200) | $0.5114 |

**Datavault AI Inc. (DVLT)** **Douglas Dow**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 1/5/2026 | (3,000) | $1.3100 |
| Sale | 1/6/2026 | (1,000) | $1.4000 |
| Sale | 1/6/2026 | (1,000) | $1.3700 |
| Sale | 1/6/2026 | (464) | $1.3700 |
| Sale | 1/6/2026 | (1,000) | $1.3700 |
| Sale | 1/6/2026 | (100) | $1.3600 |
| Sale | 1/6/2026 | (5,000) | $1.3524 |
| Sale | 1/6/2026 | (1,000) | $1.3200 |
| Sale | 1/6/2026 | (5,700) | $1.3033 |
| Sale | 1/6/2026 | (5) | $1.3100 |
| Sale | 1/6/2026 | (5) | $1.3001 |
| Sale | 1/6/2026 | (5,000) | $1.2600 |
| Sale | 1/6/2026 | (2,500) | $1.2800 |
| Sale | 1/6/2026 | (2,500) | $1.2800 |
| Sale | 1/16/2026 | (2,000) | $0.7412 |
| Sale | 1/16/2026 | (500) | $0.7372 |
| Sale | 3/18/2026 | (40,000) | $0.9500 |
| Sale | 3/18/2026 | (2,222) | $0.9200 |
| Sale | 3/18/2026 | (2,500) | $0.9233 |
| Sale | 3/18/2026 | (825) | $0.9300 |
| Sale | 3/18/2026 | (1,675) | $0.9200 |
| Sale | 3/18/2026 | (10) | $0.9200 |
| Sale | 3/18/2026 | (1,000) | $0.9312 |
| Sale | 3/18/2026 | (1,000) | $0.9363 |
| Sale | 3/18/2026 | (1,000) | $0.9301 |
| Sale | 3/18/2026 | (1,000) | $0.9301 |
| Sale | 3/18/2026 | (1,000) | $0.9303 |
| Sale | 3/19/2026 | (101) | $0.8520 |
| Sale | 3/19/2026 | (1,000) | $0.7900 |
| Sale | 3/19/2026 | (1,000) | $0.7727 |
| Sale | 3/19/2026 | (1,000) | $0.7892 |
| Sale | 3/19/2026 | (500) | $0.7892 |
| Sale | 3/19/2026 | (1,000) | $0.7930 |
| Sale | 3/23/2026 | (933) | $0.6755 |
| Sale | 3/23/2026 | (10,567) | $0.6700 |