# EXHIBIT F

Bronstein, Gewirtz & Grossman
LLC

WWW.BGANDG.COM

# FIRM PROFILE

*Updated September 2026*

# CONTENTS

PRACTICE & ATTORNEYS.................................... 3
CURRENT LEADERSHIP APPOINTMENTS........... 15
SIGNIFICANT RESULTS....................................... 17
NOTABLE MENTIONS........................................... 22
OFFICES/CONTACT............................................. 25

# PRACTICE
# & ATTORNEYS

# PRACTICE

**Class Actions:** Bronstein, Gewirtz & Grossman, LLC ("BG&G") has served as co-counsel and lead counsel in numerous securities and consumer class actions.

**Securities Litigation:** BG&G handles securities litigation matters, including federal securities fraud claims, disclosure and reporting violations, shareholder derivative actions, corporate governance and fiduciary duty claims, and merger-related litigation.

**Commercial Litigation:** BG&G handles commercial litigation matters, including contract disputes, shareholder disputes, partnership disputes, and corporate control issues.

# ATTORNEYS

**PERETZ BRONSTEIN**
**Founding Member**

Peretz Bronstein, founding member, focuses on complex corporate, securities, and consumer class action litigation. With decades of experience representing investors and consumers in high-stakes litigation, Mr. Bronstein has built a reputation for developing innovative legal strategies and achieving meaningful results in some of the nation's most significant class actions.

After law school, Mr. Bronstein spent eight years as a litigator at Skadden, Arps, Slate, Meagher & Flom LLP, one of the world's leading law firms. There, he was trained by some of the country's foremost corporate litigators and developed a meticulous approach to complex

litigation while primarily defending securities and consumer class actions. This experience provides him with unique insight into the strategies employed by corporate defendants and enables him to effectively advocate on behalf of plaintiffs.

Since founding the firm, Mr. Bronstein has represented clients in numerous complex matters involving securities fraud, corporate governance, breach of fiduciary duty, and consumer protection. He is known for his tireless advocacy and commitment to pursuing the best possible outcomes for his clients, frequently achieving favorable resolutions in challenging and closely contested cases.

Mr. Bronstein received his J.D. from Harvard Law School and his bachelor's degree from Harvard College.

Among his notable matters, Mr. Bronstein serves on the Plaintiffs' Executive Committee in the landmark Flint Water Crisis litigation, helping lead one of the largest and most consequential public health class actions in the country.

Mr. Bronstein also played a key role in securing a victory before the U.S. Court of Appeals for the Ninth Circuit in MacDougall v. American Honda Motor Co. The court reversed the exclusion of the plaintiffs' expert testimony concerning conjoint survey analysis, reversed summary judgment for Honda, and remanded the case for further proceedings.

In addition, Mr. Bronstein served as Co-Lead Counsel in the firm's class action against Apple concerning alleged performance problems caused by an iOS software update on iPhone 4S devices. The litigation resulted in a $20 million settlement approved in 2022 for eligible iPhone 4S owners in New York and New Jersey.

Mr. Bronstein is admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and

Eastern Districts of New York and the United States Court of Appeals for the Second Circuit. He has also been recognized by Super Lawyers (2021–2026) for his accomplishments in complex litigation.

## EDWARD N. (CHONA) GEWIRTZ
### Member Emeritus

Edward N. (Chona) Gewirtz is a founding member of BG&G and serves as Member Emeritus of the firm. As a licensed patent attorney, Mr. Gewirtz focuses on intellectual property law, including software patent and copyright issues.

Mr. Gewirtz received his J.D. from Cardozo School of Law and his B.A. from Cornell University, College of Arts and Sciences.

Mr. Gewirtz is admitted to practice in the States of New York and New Jersey and is registered to practice before the United States Patent and Trademark Office.

## NEIL D. GROSSMAN
### Member

Neil D. Grossman, member, practices primarily in commercial litigation and employment law. He heads BG&G's New Jersey office, where he has practiced for over twenty years.

Mr. Grossman's representations have focused on disputes between businesses and disputes between businesses and their employees. His clients have ranged from individuals and small businesses to large corporations.

Mr. Grossman received his J.D. from Rutgers Law School, where he served as an Editor of the Rutgers Law Review. He earned his B.A. from Sarah Lawrence College.

Mr. Grossman is admitted to practice in the States of New Jersey and New York, as well as before the United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York and the United States Court of Appeals for the Third Circuit. He has also appeared pro hac vice in the courts of additional jurisdictions.

## YITZCHAK E. SOLOVEICHIK
### Member

Yitzchak E. Soloveichik, member, represents both plaintiffs and defendants in complex commercial litigation in state and federal courts. His practice encompasses a broad range of high-stakes business disputes, including claims involving breach of contract, breach of fiduciary duty, conversion, professional malpractice, common law fraud, and securities fraud. Drawing on experience from both plaintiff- and defense-side litigation, Mr. Soloveichik provides strategic counsel throughout every stage of the litigation process, from pre-suit investigations and motion practice through discovery, trial, and appeal.

Before entering private practice, Mr. Soloveichik served as a law clerk to the Honorable Robert S. Smith of the New York Court of Appeals, where he gained invaluable experience analyzing complex legal issues and appellate advocacy. Following his clerkship, he practiced at Paul, Weiss, Rifkind, Wharton & Garrison LLP, one of the nation's premier litigation firms, and later at Friedman Kaplan Seiler & Adelman LLP, where he represented clients in sophisticated commercial and securities matters.

Mr. Soloveichik received his J.D. from Harvard Law School, where he served as an Editor of the Harvard Journal of Law & Public Policy. He earned his B.S., summa cum laude, from Yeshiva University.

Mr. Soloveichik is admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## EITAN KIMELMAN
### Member

Eitan Kimelman, member, focuses primarily on securities and consumer class action litigation, including case origination and advising shareholder clients. Mr. Kimelman joined BG&G in 2006 as a paralegal and was elevated to Member in 2021. He leads the firm's case origination team, identifying and investigating potential securities-law violations and consumer claims, and represents clients from around the world in class action lawsuits.

Mr. Kimelman received his J.D. from New York Law School.

Among his notable matters, Mr. Kimelman played a key role in developing BG&G's representations in actions involving Apple Inc., Groupon Inc., Barclays PLC, Deutsche Bank AG, lululemon athletica inc., and Credit Suisse Group AG.

Mr. Kimelman is admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## NAVA LISTOKIN
### Of Counsel

Nava Listokin, of counsel, brings to her consumer protection and securities litigation practice years of experience as a litigator, both on behalf of the New York Division of Housing and for private clients. Her background spans a wide range of practice areas, including negligence, employment discrimination, commercial law, and entity formation — giving her a broad, practical perspective that she applies to representing shareholders and consumers at BG&G.

Ms. Listokin received her J.D. from Fordham Law School, where she served as an Editor of the Environmental Law Journal.

Among her notable matters, Ms. Listokin has worked on actions involving Samsung, Cassava Sciences, American Honda Motor Co., and Metagenomi.

Ms. Listokin is admitted to practice in the State of New York.

**YAEL NATHANSON**
**Of Counsel**

Yael Nathanson, of counsel, focuses on the origination and development of plaintiff-side securities litigation, shareholder derivative actions, and consumer, mass tort, and data breach matters pursued in federal courts nationwide. Working closely with firm leadership and litigation teams on case origination, investigation, and strategic evaluation, she identifies potential claims and supports the firm's efforts to hold corporations accountable under federal and state law, regularly partnering with colleagues on matters involving alleged misrepresentations, disclosure violations, consumer harm, data security failures, breaches of fiduciary duty, and corporate governance issues.

Ms. Nathanson joined BG&G in 2015 as a paralegal, where she developed branding and managed client development and communications. While working at the firm, Ms. Nathanson graduated summa cum laude from Mitchell Hamline School of Law, where she also served as an editor of the Mitchell Hamline Law Journal of Public Policy and Practice.

Among her notable matters, Ms. Nathanson played a key role in client retention and case development in actions involving Spirit Aviation Holdings, Inc., AMMO Incorporated, Cassava Sciences, Metagenomi, STMicroelectronics N.V., American Honda Motor Co., and Samsung, among others. BG&G has received Co-Lead Counsel appointments in several of those matters and serves as additional counsel for plaintiffs in *In re STMicroelectronics N.V. Securities Litigation*.

Ms. Nathanson is admitted to practice in the State of Texas, as well as before the United States District Court for the Southern District of Texas.

## MICHAEL J. BOYLE
### Of Counsel

Michael J. Boyle, of counsel, focuses on representing consumers in class actions. He joined BG&G in 2024, bringing more than eleven years of experience developing class cases on behalf of consumers — from case origination through litigation, briefing, and settlement. He has represented a wide variety of clients, from nurses recovering overtime pay to landowners in disputes over oil and gas leases.

Prior to joining BG&G, Mr. Boyle clerked for the Honorable R. Guy Cole of the U.S. Court of Appeals for the Sixth Circuit (2011–2012). His class action experience spans federal and state courts across the country, and his work has been covered by local news outlets including 10TV and NBC4 Columbus in connection with a class action arising from the Columbus citywide data breach.

Mr. Boyle received his J.D., cum laude, from the University of Pennsylvania Carey School of Law, where he served as a Senior Editor of the Law Review and was a Keedy Cup Moot Court finalist. He earned his B.A. from Dominican University.

Among his notable matters, Mr. Boyle has contributed to significant class action settlements under the Telephone Consumer Protection Act. He has served as Co-Lead Counsel in Lucero v. Valex Corp., No. 202200570847CUNP (Ventura Cnty. [CA] Super. Ct.); John Doe et al. v. Clinivate LLC, No. C22-01620 (Contra Costa Cnty. [CA] Super. Ct.); Avetisyan v. United Health Centers of the San Joaquin Valley, No. 22CECG00285 (Fresno Cnty. [CA] Super. Ct.); and Healey et al. v. Reiter Affiliated Companies, LLC, No. 22CV003056 (Monterey Cnty. [CA] Super. Ct.).

His other notable class actions include Carpenter v. Allstate Insurance Company, No. 2:21-cv-01381 (S.D. Ohio); Brown v. DIRECTV, LLC, No. 2:13-cv-1170-DMG (C.D. Cal.); Myers et al. v. Memorial Health System et al., No. 2:15-cv-2956 (S.D. Ohio); Head v. Citigroup, Inc., No. 3:18-cv-8189 (D. Ariz.); Bowen v. Porsche, N.A., No. 1:21-cv-471 (N.D. Ga.); Brown & Szaller

Co., LPA et al. v. Waste Management of Ohio, Inc., No. CV-16-859588 (Cuyahoga Cnty. Ct. of Common Pleas); and Cartellone et al. v. Institute for Reproductive Health et al., No. A1903707 (Hamilton Cnty. Ct. of Common Pleas).

Outside of his legal practice, Mr. Boyle serves on the board of The Garden for All (2023–2026) and as a vestry member of Trinity Episcopal Church (2025–2027).

Mr. Boyle is admitted to practice in the States of California and Ohio, as well as before the United States Courts of Appeals for the Sixth, Seventh, Ninth, and Eleventh Circuits and the United States District Courts for the Northern and Southern Districts of Ohio, the Northern, Eastern, Central, and Southern Districts of California, the Northern and Central Districts of Illinois, and the Eastern and Western Districts of Wisconsin. He has also been recognized by Super Lawyers (2020–2026).

## L. CHRISTINA JACKSON
### Of Counsel

L. Christina Jackson, of counsel, focuses on class action settlement administration and appellate support, working closely with firm leadership. She has authored several published legal works, including articles in the Labor Law Journal and the Mitchell Hamline Law Journal of Public Policy and Practice.

Ms. Jackson has international academic experience in Conflict Resolution from the Rothberg International School in Jerusalem and in Global Arbitration Law from Queen Mary University of London. A native French speaker who is also proficient in Spanish, she brings a multilingual perspective to BG&G and is active in community service, particularly in supporting military families.

Ms. Jackson is the author of OUTPERFORM in Law School With a Full Life, which introduces the Constraint-Driven Method™ — a framework designed to help nontraditional law students excel academically while balancing professional, family, and personal responsibilities.

Ms. Jackson received her J.D., magna cum laude, from Mitchell Hamline School of Law, where she served as an Associate and later Contributing Editor of the Mitchell Hamline Law Review. She earned her M.P.A. and B.B.A. from the University of Central Oklahoma.

Among her notable matters, Ms. Jackson works on the Flint Water Crisis settlement, a $626.25 million partial settlement in which she handles claimant communications, deficiency resolution, and appeals.

Ms. Jackson is admitted to practice in the State of Washington and the District of Columbia.

**DAVID PALACE**
**Of Counsel**

David Palace, of counsel, focuses on representing plaintiffs in complex consumer class actions. He has extensive experience litigating matters involving consumer protection laws, false advertising, deceptive business practices, and other unfair commercial conduct. Mr. Palace is committed to advocating on behalf of consumers and holding companies accountable for misleading and unlawful business practices.

Mr. Palace received his J.D. from the University of Missouri–Kansas City School of Law and his B.A. from the University of Missouri.

Mr. Palace is admitted to practice in the States of New York and California.

**YITZHAK GREENBERG**
**Of Counsel**

Yitzhak Greenberg, of counsel, focuses on complex commercial litigation, bankruptcy, and creditors' rights. Prior to joining BG&G, Mr. Greenberg represented trustees, creditors, and other parties in all aspects of Chapter 11 bankruptcy proceedings, including preference

and fraudulent conveyance litigation. His experience includes drafting and arguing motions, defending high-value avoidance actions, and representing Chapter 7 trustees and creditors' trusts in complex bankruptcy matters.

Mr. Greenberg previously served as a law clerk to the Honorable Allan L. Gropper of the United States Bankruptcy Court for the Southern District of New York, where he worked on significant Chapter 11 cases, including matters arising from the Enron and WorldCom bankruptcies. Earlier in his career, he also served as a student law clerk to the Honorable Allan L. Gropper of the Southern District of New York and as a Centennial Fellow at Fordham University School of Law, where he conducted legal research for the Feerick Commission established by then-Chief Judge Judith S. Kaye to promote public confidence in New York's judicial elections.

Mr. Greenberg received his J.D. from Fordham University School of Law, where he served as an Associate Editor of the Fordham Environmental Law Review and was named to the Dean's List. He earned his B.S. in Finance, magna cum laude, from Touro College.

Mr. Greenberg has authored and co-authored numerous publications on bankruptcy law and has been a featured panelist on commercial leasing and restructuring issues. His articles have appeared in The Bankruptcy Strategist and Norton Bankruptcy Advisor.

Mr. Greenberg is admitted to practice in the States of New York and New Jersey, as well as before the United States District Courts for the Southern and Eastern Districts of New York.

**MENDY KATZMAN**
**Of Counsel**

Mendy Katzman, of counsel, practices primarily in commercial litigation and consumer class actions, representing clients in disputes ranging from business and contractual conflicts to claims on behalf of

consumers harmed by corporate misconduct. He brings a practical, results-oriented approach to each matter, working closely with BG&G's litigation teams to develop case strategy and advocate for clients' interests at every stage of the process.

Mr. Katzman received his J.D. from Cardozo School of Law and his B.A. from Touro College.

Mr. Katzman is admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York.

# CURRENT LEADERSHIP APPOINTMENTS

# CURRENT LEADERSHIP APPOINTMENTS

## SECURITIES

***Mleczko et al. v. Davis et al.*, Case No. 0:25-cv-61959-WPD (S.D. Fla.)**
BG&G currently serves as Co-Lead Counsel in this securities class action.

***Larmay v. AMMO Incorporated*, Case No. 2:24-cv-02619 (D. Ariz.)**
BG&G currently serves as Co-Lead Counsel in this securities class action.

***Crocker v. Cassava Sciences, Inc.*, Case No. 1:24-cv-01525 (W.D. Tex.)**
BG&G currently serves as Co-Lead Counsel in this securities class action.

***Vreeland v. Metagenomi Inc.*, Case No. 5:24-cv-06765-EKL (N.D. Cal.)**
BG&G currently serves as Co-Lead Counsel in this securities class action.

## NON-SECURITIES

***Waid et al. v. Snyder et al.*, Case No. 16-cv-10444-JEL-MKM (E.D. Mich.)**
BG&G currently serves on the Plaintiffs' Executive Committee in this landmark litigation arising from the Flint Water Crisis.

***Dennis MacDougall et al. v. American Honda Motor Co.*, Case No. 8:17-cv-01079 (C.D. Cal.)**
BG&G currently serves as Co-Lead Counsel in this consumer class action.

***Williams v. Samsung*, Case No. 2:23-cv-00989 (D.N.J.)**
BG&G currently serves as Co-Lead Counsel in this consumer class action.

# SIGNIFICANT RESULTS

## SIGNIFICANT RESULTS

***In re Flint Water Cases***
Case No. 16-CV-10444
E.D. Mich. | Plaintiffs' Executive Committee Member | $626.25 Million Partial Settlement
Litigation involving class and individual claims arising from exposure to contaminated drinking water in Flint, Michigan.

***In re Alibaba Group Holding Ltd. Securities Litigation***
Case No. 1:20-CV-09568-GBD-JW
S.D.N.Y. | Co-Counsel | $433.5 Million Settlement
Securities class action alleging materially false and misleading statements.

***Pirnik v. Fiat Chrysler Automobiles N.V., et al.***
Case No. 1:15-cv-07199-JMF
S.D.N.Y. | Co-Counsel | $110 Million Settlement
Securities class action alleging materially false and misleading statements.

***Great Wolf Resorts, Inc. Shareholder Litigation***
Case No. 7328-VCN
Del. Ch. | Co-Counsel | $93 Million Increase in Merger Consideration
Shareholder litigation alleging breach of fiduciary duties in connection with a proposed merger.

***In re Yahoo!, Inc. Securities Litigation***
Case No. 17-cv-00373
N.D. Cal. | Co-Counsel | $80 Million Settlement
Securities class action alleging Yahoo intentionally misled investors about its cybersecurity practices following data breaches affecting 3 billion user accounts.

***Groupon Inc. Securities Litigation***
Case No. 12-CV-02450
N.D. Ill. | Co-Counsel | $45 Million Settlement
Securities class action alleging Groupon misled investors in its prospectus and registration statement.

***In re 2U, Inc. Securities Class Action***
Case No. 8:19-cv-03455-TDC
D. Md. | Co-Counsel | $37 Million Settlement
Securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act arising from materially false and misleading financial information.

***Hayes v. MagnaChip Semiconductor Corp.***
Case No. 3:14-cv-01160-JST
N.D. Cal. | Co-Counsel | $29.7 Million Combined Settlement
Securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act arising from the issuance of false financial statements.

***Strougo v. Barclays PLC***
Case No. 14-cv-5797
S.D.N.Y. | Co-Counsel | $27 Million Settlement
Securities class action alleging defendants concealed information and misled investors regarding the management of Barclays' 'LX' dark pool trading platform.

***Deutsche Bank AG Securities Litigation***
Case No. 1:22-cv-02854
S.D.N.Y. | Co-Counsel | $26.3 Million Settlement
Securities class action alleging Deutsche Bank made materially false and misleading statements about its anti-money-laundering deficiencies and failure to properly monitor high-risk customers.

***Force Protection, Inc. Securities Litigation***
Case No. 08-CV-845
D.S.C. | Co-Counsel | $24 Million Settlement
Securities class action alleging materially false and misleading statements.

***MannKind Corporation Securities Litigation***
Case No. 11-CV-00929
C.D. Cal. | Co-Counsel | $22 Million Settlement
Securities class action alleging defendants falsely represented the prospects for MannKind's AFREZZA product for treating Type 1 and Type 2 diabetes.

***Duncan et al. v. Joy Global Inc.***
Case No. 2:16-cv-1229-pp
E.D. Wis. | Co-Lead Counsel | $20 Million Settlement
Securities class action alleging violations of Sections 14(a) and 20(a) of the Exchange Act.

***Apple Inc., iPhone 4S Litigation***
Case No. 15-CV-7381
E.D.N.Y. | Co-Lead Counsel | $20 Million Settlement
Consumer class action alleging system slowdown caused by a software upgrade for New York and New Jersey iPhone 4S owners.

***Medicis Pharm. Corp. Securities Litigation***
Case No. 08-CV-1821
D. Ariz. | Co-Counsel | $18 Million Settlement
Securities class action alleging materially false and misleading statements.

***Silvercorp Metals, Inc. Securities Litigation***
Case No. 12-CV-9456
S.D.N.Y. | Co-Counsel | $14 Million Settlement
Securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act arising from materially false and misleading financial information.

***Blitz v. AgFeed Industries***
Case No. 11-CV-0992
M.D. Tenn. | Co-Counsel | $7 Million Settlement
Securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act arising from materially false and misleading financial information.

***Cole v. Duoyuan Printing, Inc.***
Case No. 10-CV-7325
S.D.N.Y. | Co-Counsel | $6,193,750 Settlement
Securities class action alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act arising from materially false and misleading statements about the company's financial condition and internal controls.

***In re Spectrum Pharma, Inc. Securities Litigation***
Case No. 16-CV-02279
D. Nev. | Co-Lead Counsel | Approximately $3 Million Settlement
Securities class action alleging materially false and misleading statements.

***In re CBD Energy Limited Securities Litigation***
Case No. 4:15-cv-01668
S.D. Tex. | Co-Lead Counsel | $1.5 Million Settlement
Securities class action alleging violations of Sections 10(b) and 20(a) of the Exchange Act.

***M&M Hart Living Trust, et al. v. Global Eagle Entertainment, Inc., et al.***
Case No. 2:17-cv-1479-PA
C.D. Cal. | Co-Lead Counsel | $1.1 Million Settlement
Securities class action alleging violations of Sections 10(b) and 20(a) of the Exchange Act.

# NOTABLE MENTIONS

# NOTABLE MENTIONS

It's always a pleasure to work with people who are experienced and who know what they are doing and are professional and who go about their work in a professional manner. So your clients were all blessed to have you . . .

**Referring to Bronstein, Gewirtz & Grossman, along with other counsel, in approving a $20 million settlement of Joy Global, in December 2018.**

**UNITED STATES DISTRICT JUDGE PAMELA PEPPER, E.D. WIS.**

[A] remarkable achievement for many reasons . . . [it] sets forth a comprehensive compensation program and timeline that is consistent for every qualifying participant.

**Referring to Lead Counsel, assisted by the Plaintiffs' Executive Committee, including Bronstein, Gewirtz & Grossman, LLC, in approving a $626.25 million partial settlement for people affected by the Flint water crisis, in 2021.**

**UNITED STATES DISTRICT JUDGE JUDITH E. LEVY, E.D. MICH.**

This Court further finds that the Settlement set forth in the Settlement Stipulation is the result of good faith, arm's-length negotiations between experienced counsel representing the interests of Class Representatives, Settlement Class Members, and Defendants.

**Referring to Bronstein, Gewirtz & Grossman, along with co-counsel, in approving a $2,995,000 Settlement of Spectrum Pharm., Inc., in 2020.**

**UNITED STATES DISTRICT JUDGE RICHARD F. BOULWARE, D. NEV.**

**SELECTED EXCERPTS FROM THE COURT'S OPINION**

"...represents a substantial economic recovery for the settlement class"

"[J]ust as the proof is in the pudding, the quality of class counsel's representation is evident in the Settlement."

"Plaintiffs' stamina in maintaining this litigation . . . should be compensated, and the private enforcement of consumer protection statutes should be encouraged."

**Commenting on counsel's work in the iPhone 4S litigation, in which Bronstein, Gewirtz & Grossman, LLC served as Co-Lead Counsel and the court approved a $20 million settlement in 2022.**

**UNITED STATES MAGISTRATE JUDGE LOIS BLOOM E.D.N.Y.**

## NEW YORK CITY
60 East 42nd Street, 46th Floor
New York, New York 10165
P: 212-697-6484

## BROOKLYN
34 Franklin Avenue, Suite 305
Brooklyn, New York 11205
P: 212-697-6484

## HOUSTON
10101 Fondren Rd., Suite 227A
Houston, Texas 77096
P: 832-966-7245

## COLUMBUS
4200 Regent Street, Suite 200
Columbus, Ohio 43219
P: 212-697-6484

## LAKE HIAWATHA
40 Calumet Avenue
Lake Hiawatha, New Jersey 07034
P: 973-335-6409

Bronstein, Gewirtz & Grossman

LLC

WWW.BGANDG.COM