**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS<br><br>**CLASS ACTION** |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS<br><br>**CLASS ACTION** |

**CHRISTOPHER R. SHEPPARD AND BRIAN WEATHERFORD'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), seven movants filed motions seeking appointment as lead plaintiff and approval of their selection of counsel. *See* Dkt. Nos. 5, 8, 9, 10, 11, 12, 13. Pursuant to the PSLRA, district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff . . . ." 15 U.S.C. § 78u-4(a)(3)(B)(iii).

Here, while Christopher R. Sheppard and Brian Weatherford ("Movants") suffered over $252,000 in losses, and they satisfy the Rule 23 requirements at this stage, Movants acknowledge that their loss is not the largest for purposes of the appointment of lead plaintiff under the PSLRA.

Dated: October 19, 2026

Respectfully submitted,

**FARUQI & FARUQI, LLP**
By: *s/ Timothy J. Peter*
Timothy J. Peter

Timothy J. Peter (#306965)
1617 John F Kennedy Blvd. Suite #1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305

Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Christopher R. Sheppard and Brian Weatherford and [Proposed] Lead Counsel for the putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2026, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: October 19, 2026

By: s/ *Timothy J. Peter*
Timothy J. Peter