**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-05548-JS |
| VAN ZENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | Case No. 2:26-cv-07424-JS |

NOTICE OF NON-OPPOSITION OF DOUGLAS DOW TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

On October 5, 2026, Douglas Dow ("Dow"), by and through his counsel, filed a motion pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Dow as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Datavault AI Inc. securities between September 4, 2024 and August 18, 2026, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel for the Class. Dkt. No. 13.

Having reviewed the competing motions before the Court, it appears that Dow does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Dow's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated: October 19, 2026

Respectfully submitted,

DONOVAN LITIGATION GROUP, LLC

*s/ Michael D. Donovan*
Michael D. Donovan (SBN 51895)
1885 Swedesford Road
Malvern, PA 19355
Telephone: (610) 647-6067
mdonovan@donovanlitigationgroup.com

*Liaison Counsel for Douglas Dow*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

*Counsel for Douglas Dow*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all interested persons by ECF transmission on October 19, 2026.

*Michael D. Donovan*