**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARLA ARAMOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DATAVAULT AI INC., BRETT MOYER, NATHANIEL T. BRADLEY, and GARY WILLIAMS,<br><br>Defendants. | **Case No. 2:26-cv-05548-JS** |

# ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Jacqueline C. Romero, Esq. of Baker & Hostetler LLP, as counsel for Defendants Datavault AI, Inc., Brett Moyer, Nathaniel T. Bradley, and Gary Williams in the above-captioned matter.

Dated: October 21, 2026

**BAKER & HOSTETLER LLP**

*/s/ Jacqueline C. Romero*
Jacqueline C. Romero (337110)
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 564-8338
Email: jromero@bakerlaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a copy of the foregoing Entry of Appearance was served upon counsel of record via the Court's ECF filing system.

*/s/ Jacqueline C. Romero*
Jacqueline C. Romero (337110)